IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA

CHRISTOPHER IRWIN )
    PLAINTIFF )
)
VS. )
) C.A.NO.04-246 ERIE
WARDEN JOE PELZER )
ET,AL. )
    DEFENDANTS )
)

## MOTION REQUESTING EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION, OR AMEND COMPLAINT

This motion is made on the grounds that:

1. Plaintiff is incarcerated at S.C.I.Albion prison, and is in the Therapeutic Community program that he must attend from 7:45am till 4:00pm 5 days a week, and partially on weekends.

2. PLAINTIFF who is representing him self on a PRO SE basis, is allowed access to the law library only a limited amount of time due to the program he has attended, which prevents him from completing the necessary legal research required to properly respond to defendants motion.

3. Due to plaintiffs dificulty with the case, is also trying to seek counsel to represent him in the case. This may be of more benefit to him than being a PRO SE litigant in this case.

30 DAYS PLEASE

RESPECTFULLY SUBMITTED THIS 22nd DAY OF JULY, 2005

BY _____
CHRISTOPHER IRWIN
FM 6896
10745 Route, 18
Albion, PA. 16475-0002