**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CHRISTOPHER IRWIN,

    Plaintiff,

    vs.                          Civil Action No. CA04-246E

NURSE 1, NURSE 2, NURSE 3, WARDEN.
WASHINGTON COUNTY
CORRECTIONAL FACILITY,
PATROLMAN RON RAYMOND,
CHARTIERS TOWNSHIP POLICE
DEPARTMENT,

    Defendants.

## ORDER OF COURT

AND NOW, on this _____ day of _____, 2005, it is hereby ORDERED, ADJUDGED and DECREED that Patrolman Ronald Raymond's, Chief James Horvath's and Chartiers Township Police Department's Motion to Dismiss Plaintiff's Amended Complaint is GRANTED and all of Plaintiff's claims against Patrolman Ronald Raymond, Chief James Horvath and Chartiers Township Police Department are hereby dismissed with prejudice.

                                                BY THE COURT:

                                                _____, J.