CA 04-246 Erie

Honorable Susan Paradise-Baxter                    1/12/06

I am having trouble with filing my legal work. The help that I was receiving is no longer available to me. I wrote to 6 lawyers in Pittsburgh in which they never responded. I would like to know if I could get an extension of time to file papers requested by defendants lawyers. Also see if I could get an appointment of counsel. I am not an experienced jail house lawyer, also my mental ability makes it difficult for me to study law properly. The case is complex and difficult, and may require expert testimony for my medical issues and could involve conflicting testimony or require court personal to sort out multiple defendants. The case will be tried before a jury supports appointment of counsel. The deliberate indifferent standard and plaintiffs inability to investigate the facts. And requires extensive documentary for discovery depositions of prison officials, and medical records.

Re. No 04-246 Erie

Sincerely
Christopher Dunn
FM 6896  10745 Route 18
Albion PA. 16475-0002

RECEIVED
JAN 18 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA