IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER IRWIN,

    Plaintiff,

vs.                                      Civil Action No. CA04-246E

NURSE 1, NURSE 2, NURSE 3, WARDEN.
WASHINGTON COUNTY
CORRECTIONAL FACILITY,
PATROLMAN RON RAYMOND,
CHARTIERS TOWNSHIP POLICE
DEPARTMENT,

    Defendants.

## ORDER OF COURT

AND NOW, on this _____ day of _____, 2006, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Second Motion for Appointment of Counsel and Second Motion for Extension of Time to File a Response to Defendants Chartiers Township Police Department's, Patrolman Ronald Raymond's and Chief James Horvath's Motion to Dismiss Plaintiff's Amended Complaint is DENIED.  Furthermore, the Chartiers Defendants' Motion to Dismiss is GRANTED, and all claims against the Chartiers Township Police Department, Chief James Horvath and Patrolman Ronald Raymond are dismissed with prejudice.

                                              BY THE COURT:

                                              _____, J.