IN The United States District Court
For The Western District of Pennsylvania

Christopher Irwin,           )       Civil Action
         Plaintiff           )       No. 04-246, ERIE
                             )
Chartiers Twp. Police Dept.  )
et al.      Defendants       )
                             )
                             )

__Plaintiff's Response To Report and Recommendation__

1.   Plaintiff's claims should be tolled while he was incarcerated due to his injuries and disability, Plaintiff cannot comprehend what he is reading, and has mental health issues, and needs a lawyer to properly litigate his claims. Also (W.C.C.F.) Plaintiff did not have access to proper legal material, Washington County Correctional Facility, only lets inmates use law material 1 to 2 hours a week and that time is for all inmates together, we do not have that much time each.

     Plaintiff's claims should be tolled due to a continuing wrong that was ongoing at (W.C.C.F.) that his medical treatment and therapy denial continued until his release.

2 Plaintiff need's counsel to represent him so it would be even and I would be able to get the facts explained right and to add legal claims for Fourth Amendment and mental anguish. And to file paper work properly.

3 Plaintiff would like a jury trial in this case.

4 Plaintiff's claims should not be dismissed until he has counsel to help him in the Discovery process as well, as how to answer the defendants motions to Dismiss.

5 Plaintiff has no legal assistance and does not understand the laws.

3/30/06

*Christopher [signature]*