IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER IRWIN,<br>        Plaintiff,<br><br>    vs.<br><br>CHARTIERS TOWNSHIP POLICE<br>DEPARTMENT, et al.,<br>        Defendants. | Civil Action No. 04-246 ERIE |

## ORDER

AND NOW this __4th__ day of April, 2006, after consideration of the Plaintiff's Objections to the Magistrate Judges Report and Recommendation

IT IS HEREBY ORDERED that the objections are DENIED

IT IS FURTHER ORDERED that the Magistrate Judge's Report and Recommendation of March 14, 2006 is hereby AFFIRMED.

 S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: counsel/parties of record __NK__