IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER IRWIN,            )
        Plaintiff,        )
                              )
    v.                        ) Civil Action No. 04-246 Erie
                              )
CHARTIERS TWP POLICE DEPT., et al, )
        Defendants.       )

## ORDER

AND NOW, this 17th Day of April, 2006, it is hereby

ORDERED that the above captioned case is scheduled for a Status Conference before the Honorable Susan Paradise Baxter, on Tuesday, April 25, 2006, at 11:00 a.m. Counsel for the Defendants is directed to make arrangements for all parties to participate by conference call on the above date and time to telephone number (814) 464-9632.

                                    s/Susan Paradise Baxter
                                    SUSAN PARADISE BAXTER
                                    CHIEF UNITED STATES MAGISTRATE JUDGE

c: all parties of record (lw)