# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Christopher Irwin                                    )
                                                     )
                                                     )
                                        Plaintiff    )
        vs.                                          )    No.         CA 04-246 Erie
Chartier's Twp. Police Dept., et al                  )
                                                     )
                                                     )
                                        Defendants   )

**HEARING ON**  April 25, 2006   Status Conference

**Before**  Chief U. S. Magistrate Judge Susan Paradise Baxter

Christopher Irwin, pro se                            Edmond R. Joyal, Jr., Esq.

Appear for Plaintiff                                 Appear for Defendant

Hearing Begun   11:00 am                             Hearing Adjourned to

Hearing concluded C.A.V.   11:05 am                  Stenographer   Ron Bench
                                                     CD:           Index:

**WITNESSES**

For Plaintiff                                        For Defendant

Discovery - 90 days

Dispositive motions w/i 3 weeks after discovery ends

Written order to follow