## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER IRWIN,<br>    Plaintiff<br><br>v.<br><br>CHARTIERS TWP. POLICE DEPT., et al.,<br>    Defendants. | C.A.No. 04-246 Erie<br>District Judge McLaughlin<br>Magistrate Judge Baxter |

## O R D E R

AND NOW, this 26th day of April, 2006;

Following a telephonic hearing held on April 25, 2006,

IT IS HEREBY ORDERED that all discovery in this case will close July 24, 2006.

IT IS FURTHER ORDERED that dispositive motions are due August 14, 2006, and briefs in opposition to any dispositive motion are due September 4, 2006.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.


                                            S/Susan Paradise Baxter
                                            SUSAN PARADISE BAXTER
                                            Chief U.S. Magistrate Judge