IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER IRWIN,

    Plaintiff,

    vs.                                 C.A. No. CA04-246 Erie
                                           District Judge McLaughlin

NURSE 1, NURSE 2, NURSE 3, WARDEN   Magistrate Judge Baxter
WASHINGTON COUNTY
CORRECTIONAL FACILITY,
PATROLMAN RON RAYMOND,
CHARTIERS TOWNSHIP POLICE
DEPARTMENT,

    Defendants.

## MOTION FOR LEAVE OF COURT TO DEPOSE PLAINTIFF

    AND NOW COMES the Defendants, by and through their counsel, Law Office of Joseph S. Weimer and Edmond R. Joyal, Jr., Esquire, and hereby moves this Honorable Court pursuant to F. R. C. P 30 (a) (2) grant them leave to depose Plaintiff who is currently in prison.

    1.    Plaintiff Christopher Irwin initiated this suit by filing a Complaint in the United States district Court for the Western District of Pennsylvania at No. CA04-246E.

    2.    Plaintiff alleges that his 5th Amendment Right was violated and he was deprived of medical treatment.

    3.    Plaintiff is currently incarcerated at SCI Albion, Erie County, Pennsylvania.

    4.    The Defendants need to depose the Plaintiff in order to properly prepare a defense in this case.

WHEREFORE, Defendants, request an Order allowing the deposition of Plaintiff Christopher Irwin as required by F. R. C. P. 30 (a)(2).

                              LAW OFFICE OF JOSEPH S. WEIMER

                    BY:    *s/ Edmond R. Joyal, Jr.*
                              Edmond R. Joyal, Jr., Esquire
                              Pa. I.D. #65907
                              Attorney for Defendants

                              Law Office of Joseph S. Weimer
                              975 Two Chatham Center
                              Pittsburgh, PA  15219
                              (412) 338-3184

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION FOR LEAVE OF COURT TO DEPOSE PLAINTIFF has been served by First Class Mail, postage pre-paid, upon the following parties on this 25th day of May, 2006.

>Christopher Irwin
>SCI Albion
>10745 Route 18
>Albion, PA  16475
>*(Pro Se Plaintiff)*

LAW OFFICE OF JOSEPH S. WEIMER

BY:   *s/ Edmond R. Joyal, Jr.*
      Edmond R. Joyal, Jr., Esquire
      Pa. I.D. #65907
      Attorney for Defendants

      Law Office of Joseph S. Weimer
      975 Two Chatham Center
      Pittsburgh, PA  15219
      (412) 338-3184