**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

CHRISTOPHER IRWIN,

      Plaintiff,

      vs.

NURSE 1, NURSE 2, NURSE 3, WARDEN
WASHINGTON COUNTY
CORRECTIONAL FACILITY,
PATROLMAN RON RAYMOND,
CHARTIERS TOWNSHIP POLICE
DEPARTMENT,

      Defendants.

C.A. No. CA04-246 Erie
District Judge McLaughlin
Magistrate Judge Baxter

## ORDER OF COURT

AND NOW, this _____ day of May, 2006, upon consideration of the

within Motion for Leave to Depose Plaintiff, it is hereby ORDERED, ADJUDGED and

DECREED that said Motion is granted and Defendants are given leave to depose Plaintiff,

Christopher Irwin at the state correctional facility in Albion, Erie County, Pennsylvania.

                        BY THE COURT:

                        _____J.
                        Honorable Susan Paradise Baxter
                        Chief U.S. Magistrate Judge