"LEGAL MAIL"

Name  CHRISTOPHER IRWIN
Number  FM- 6896
Unit/Side  C - A
10745, Route 18
Albion, PA 16475-0002

**INMATE MAIL
PA DEPT OF
CORRECTIONS**



02 1A
0004335314
MAILED FROM ZIPCODE 16401
UNITED STATES POSTAGE
$ 00.39⁰
JUN 26 2006
PITNEY BOWES

CLERK'S OFFICE
U.S. DISTRICT COURT
P.O. BOX 1820
ERIE, PENNSYLVANIA 16507

**RECEIVED**

JUN 27 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16507+0820-20 2007