IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA

CHRISTOPHER IRWIN           )
    PLAINTIFF,              )
                            )
                            )
VS.                         )        C.A. No. CA 04-246 ERIE
                            )
NURSE 1, et al,             )
    DEFENDANTS,             )

<u>MOTION FOR EXTENSION OF TIME FOR DISCOVERY PROCESS</u>

      AND NOW this date 17th day of July, 2006 Plaintiff CHRISTOPHER IRWIN filed this MOTION FOR EXTENSION OF TIME FOR DISCOVERY PROCESS, and hereby stated as follows;

      1. Plaintiff CHRISTOPHER IRWIN has until July 24th 2006 to complete Discovery Process, on the Washington County Correctional Facility.

      2. Plaintiff who is representing him self on a pro se, basis is not well educated in the Laws or legal research required to properly complete the complicated Discovery Process.

      3. Plaintiff has a limited time to use the law library and needs counsel for the Discovery Process, to dispose the Defendants to better receive the truth and facts related to the complicated Discovery Process.

      WHEREFORE, the Plaintiff requests that this Honorable Court grant an EXTENSION OF TIME until August 24th, 2006 to complete the Discovery Process.

Dated: July 17, 2006

Respectfully submitted,

By: _____
CHRISTOPHER IRWIN FM-6896
10745 Route 18,
Albion PA. 16475-0002

Name: Christopher Irwin
Number: EM6896
Unit/Side: C-A
10745, Route 18
Albion, PA 16475-0002

Clerks Office
United States District Court
P.O. Box 1820
Erie, PA, 16507

INMATE MAIL
PA DEPT OF
CORRECTIONS





02 1A
0004335314
MAILED FROM ZIP CODE 16401
JUL 19 2006
$ 00.39⁰
PITNEY BOWES

RECEIVED

JUL 20 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA