## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER IRWIN,

      Plaintiff,

      vs.                                                  C.A. No. CA04-246 Erie

NURSE 1, NURSE 2, NURSE 3, WARDEN       District Judge McLaughlin
WASHINGTON COUNTY
CORRECTIONAL FACILITY,                  Magistrate Judge Baxter
PATROLMAN RON RAYMOND,
CHARTIERS TOWNSHIP POLICE
DEPARTMENT,

      Defendants.

## <u>MOTION TO EXTEND FILING DEADLINE</u>

      AND NOW COMES the Defendants, by and through their counsel, Law Office of

Joseph S. Weimer and Edmond R. Joyal, Jr., Esquire, and hereby moves this Honorable Court

pursuant to extend the time that their dispositive motions are due until October 22, 2006.


      1.    Plaintiff Christopher Irwin initiated this suit by filing a Complaint in the United

States district Court for the Western District of Pennsylvania at No. CA04-246E.


      2.    Plaintiff alleges that his 5th Amendment Right was violated and he was deprived

of medical treatment.


      3.    Plaintiff is currently incarcerated at SCI Albion, Erie County, Pennsylvania.

4.      The Plaintiff requested an extension of time to complete discovery and this Court granted his request and set a deadline of September 22, 2006.

5.      The original deadline for filing dispositive motions in this matter was August 14, 2006.

6.      Defendants believe that extending the deadline for dispositive motions to thirty days after the close of discovery will allow Defendants to file their motion without the need to supplement it should discovery reveal further facts.

WHEREFORE, Defendants, request an Order extending the deadline for submitting dispositive motions until October 22, 2006.

                          LAW OFFICE OF JOSEPH S. WEIMER

BY:      *s/ Edmond R. Joyal, Jr.*
         Edmond R. Joyal, Jr., Esquire
         Pa. I.D. #65907
         Attorney for Defendants

         Law Office of Joseph S. Weimer
         975 Two Chatham Center
         Pittsburgh, PA  15219
         (412) 338-3184

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION TO

EXTEND FILING DEADLINE has been served by First Class Mail, postage pre-paid, upon the

following parties on this 11th day of August, 2006.

Christopher Irwin
SCI Albion
10745 Route 18
Albion, PA  16475
***(Pro Se Plaintiff)***

LAW OFFICE OF JOSEPH S. WEIMER

BY:     *s/ Edmond R. Joyal, Jr.*
        Edmond R. Joyal, Jr., Esquire
        Pa. I.D. #65907
        Attorney for Defendants

        Law Office of Joseph S. Weimer
        975 Two Chatham Center
        Pittsburgh, PA  15219
        (412) 338-3184