IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER IRWIN,

    Plaintiff,

vs.                                C.A. No. CA04-246 Erie
                                    District Judge McLaughlin
NURSE 1, NURSE 2, NURSE 3, WARDEN   Magistrate Judge Baxter
WASHINGTON COUNTY
CORRECTIONAL FACILITY,
PATROLMAN RON RAYMOND,
CHARTIERS TOWNSHIP POLICE
DEPARTMENT,

    Defendants.

## ORDER OF COURT

AND NOW, this _____ day of August, 2006, upon consideration of the within Motion to Extend Deadline to File Dispositive Motions, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is granted and Defendants shall file their dispositive motion on or before October 22, 2006.

                                        BY THE COURT:

                                        _____J.
                                        Honorable Susan Paradise Baxter
                                        Chief U.S. Magistrate Judge