## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER IRWIN,

    Plaintiff,

vs.

NURSE 1, NURSE 2, NURSE 3, WARDEN WASHINGTON COUNTY CORRECTIONAL FACILITY, PATROLMAN RON RAYMOND, CHARTIERS TOWNSHIP POLICE DEPARTMENT,

    Defendants.

C.A. No. CA04-246 Erie
District Judge McLaughlin
Magistrate Judge Baxter

## **ORDER OF COURT**

AND NOW, this_____day of_____, 2006, upon consideration of the within Motion for Leave of Court to File Motion for Summary Judgment, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is granted and Defendants may file their Motion for Summary Judgment on or before_____.

BY THE COURT:

_____J.
Honorable Susan Paradise Baxter
Chief U.S. Magistrate Judge