IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER IRWIN,

    Plaintiff,

vs.

NURSE 1, NURSE 2, NURSE 3, WARDEN WASHINGTON COUNTY CORRECTIONAL FACILITY, PATROLMAN RON RAYMOND, CHARTIERS TOWNSHIP POLICE DEPARTMENT,

    Defendants.

C.A. No. CA04-246 Erie
District Judge McLaughlin
Magistrate Judge Baxter

## ORDER OF COURT

AND NOW, this _____ day of _____, 2006, upon consideration of the within Motion for Summary Judgment, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED.

BY THE COURT:

_____J.
Honorable Susan Paradise Baxter
Chief U.S. Magistrate Judge