

to-date Law Library, using computerized and hard copy resources is available to inmates who have a case pending. These inmates must sign up to use these resources on the Sunday prior to the new work week. Any copies or computer printouts will cost 10 cents each. This cost will be deducted from your inmate account.

## RELIGIOUS SERVICES

A non-denominational service is held every Sunday in the Facility. There are also bible study classes on Wednesday evenings. Ministers, priests and rabbis are permitted to visit inmates for personal religious interviews. All individuals conducting religious classes, services, counseling or personal interviews must be ordained accredited clergy with verifiable credentials. The clergy member and their visit to the Facility must also be approved by the Warden or his designee in advance.

## EDUCATIONAL PROGRAMS

The Washington County Correctional Facility has programs to prepare you for your General Educational Diploma. It is possible for you to be tested and receive your high school equivalency diploma while in this Facility. There is also a literacy program where a qualified tutor will work along with you to improve your reading skills. We encourage all inmates who have not graduated from high school to participate. Contact your counselor for eligibility information.

## INMATE GRIEVANCE PROCEDURES

A procedure has been established where you, as an inmate, may exercise your grievance rights. The following guidelines will help you to exercise these rights:

1. Any violations of Facility policy by a staff member.
2. Any unauthorized or excessive use of force by staff members.
3. Any unsafe conditions existing within the Facility.
4. Any unfair disciplinary action taken against you.

You have the right to file grievances without fear of retaliation from the Facility staff. If you have a grievance you must first make every attempt to resolve the problem by discussing it with your Housing Unit Officer and/or the Shift Commander. If you are still not satisfied, you may submit a Formal Grievance to the Deputy Warden of Security. The following shall be the content of the Formal Grievance form:

1. The nature of the complaint
2. The statement should be direct and to the point
3. Indicating date, time and location of incident
4. State the rule governing the grievance
5. Date grievance is being filed
6. Inmates signature



EXHIBIT

_1_

The formal grievance must be filed within five working days of the circumstances or incident having taken place. The Housing Unit Officer and or the Shift Commander that receives the written grievance will sign off on it and forward it to the Deputy Warden of Security for disposition of the grievance. If you are not satisfied with the decision of the Deputy Warden of Security regarding your grievance, you may file an appeal to the Warden within two working days of receiving the Deputy Warden of Security's decision. The Warden will review your appeal and return a written response to you within five working days of receiving your appeal. **THE DECISIONS OF THE WARDEN ARE FINAL.**

## INMATE RELEASE PROCEDURE

The Washington County Correctional Facility will be notified by the proper authorities when you are to be released. No release will be considered official until the Facility receives the actual release documents and it has been processed through our Records Department. When your release documents have been received and processed, your name will be called by the Housing

8

## WASHINGTON COUNTY CORRECTIONAL FACILITY
## FORMAL INMATE GRIEVANCE
(forward to Deputy of Operations)

NAME: CHRIS IRWIN                STAFF MEMBER: NURSE ESTher

DATE: 8/21/02                    P.I.N.

EXACT HOUSING:                   PERMANENT # WCP-

NATURE OF GRIEVANCE:

NURSE Refuses me motrin/Tylenol
headache most of the Time.

I asked For them on 8/21/02 For
A headache AND I was Refused.
RULE BOOK STATES.
Generic ANALgesics Are AvAlAble during medication PASS

I verify that I have presented this grievance to my Housing Officer and the Captain with out resolution.

INMATE SIGNATURE: Chris Irwin

HOUSING OFFICER SIGNATURE: Joshua G. Rush

### ANSWER

DATE: 8-20-02          TIME:          BY:

APPROVAL/DISAPPROVAL:

REASON: The rule of dispensing analgesics during Med
pass is for ONLY during the Morning pass, and
this may be requested by signing up with your
C.O. prior to Med delivery. For use at times
other than Morning you may order them from
Commessary to use at any

ADDITIONAL INSTRUCTIONS OR COMMENTS: time you would like. This week you ordered $34.75
of food products on commessary but NO Tylenol a

SIGNATURE: Motrin. If you want them, you need to order them.
                                              C McSweet RN Deput

### COMPLETION

I HAVE INSTITUTED THE INSTRUCTIONS PER ABOVE BY:

SIGNATURE:            DATE:          TIME:

**UPMC HEALTH SYSTEM**  200 Lothrop Street  Pittsburgh, PA 15213-2582

```
202 54 9085 PUH G0819 01
IRWIN, CHRISTOPHER D
         WNSEND, RICARD N GNS
154 2188 07/07/02
767 REGENT DRIVE
            GTON  PA 15301 RUN H
    225 9144 03/27/73  29Y
PRIVATE PAY
```

IMPRINT PATIENT IDENTIFICATION PLATE HERE

# INPATIENT DISCHARGE INSTRUCTIONS

Date: _7-7-02_    Time: _1600_

Discharge diagnosis: _S/P MVA_

In the hospital your treatment was: _____

**AS SOON AS POSSIBLE, PLEASE CALL TO MAKE APPOINTMENTS:**

| Tests/Physician/Clinic/Agency | Reason | Where | When | Phone |
|---|---|---|---|---|
| Trauma Clinic | follow-up | as needed | 6483167 | |

☐ **NO MEDICATIONS PRESCRIBED**

☒ **SEE MEDICATION SCHEDULE FOR A LIST OF YOUR MEDICATIONS**

## INSTRUCTIONS

DIET: ☐ No Restrictions  ☐ Restrictions

List: _____

ACTIVITY: ☐ No Restrictions  ☒ Restrictions

☒ Walking _as tolerate_
☒ Lifting _no lifting 4-5 lbs_
☒ Stairs _as tolerated_
☒ Driving _as per MD, none_
☒ Work
☒ Riding in Car _as per comfort_
☒ Sexual Activity
☐ Special Exercises _minimize strenuous activity_

WOUND/SKIN CARE: _Keep abrasions area dry/intact, observe for swelling, drainage, redness. Contact MD if any occurs_

HOME SERVICES:

Home Health Agency: _____

Phone: _____

Date of First Visit: _____

Name of Equipment Supplier: _____

Phone: _____

Equipment and Supplies: _____

SPECIAL INSTRUCTIONS: _Contact MD if develop dizziness, shortness of breath, chest pain, severe HA or abdominal pain or distention, numbness, coldness or tingling of any extremity. follow with outpatient PT/OT_

_Please call nursing unit if questions arise regarding this discharge form; otherwise contact your physician._

Date: _7-7-02_    Unit: _8G_    Unit Phone: _6473086_

LPN Name (print): _____    LPN Signature: _____

RN Name (print): _M. Goeller_    RN Signature: _____

Patient/Significant Other Signature: _Mary Irwin_    Date: _7-7-02_

_My signature indicates that I understand the above information and I am leaving with all of my valuables/belongings._

0021-01-U    FORM 1625-2940-0296    ITEM 05411

**WASHINGTON COUNTY CORRECTIONAL FACILITY**
**REFUSED SICK CALL**

| Inmate Name: Irwin-Christopher | Date: 8-23-01 |
|---|---|
| Housing Unit: 4W | P.I.N. |
| Medical Staff Name: | Permanent WCP # |

REASON FOR REFUSAL:

The Dr feels you have not been on the medication long enough to make any adjustments - Mental Health has already done their evaluation with no medication indicated.

SIGNATURE: CM RN

AUG 02 2002 12:42

W.C.C.F. CLINIC

7242506507

IRWIN

P. 1

| Post-it® Fax Note | 7671 | Date 8-2-02 | # of pages ▸ 2 |
|---|---|---|---|
| To UPMC Med Records | | From Cheryl | |
| Co./Dept. Med. Records | | Co. Wash. Co. Jail | |
| Phone # | | Phone # 724-229-6647 | |
| Fax # 412-647-1733 | | Fax # 724-250-6507 | |

Please Fax all X-ray

reports (? 12 pages?) done

P̄ Eval post M.V.A. 7-2-02 -

Needed for continued

treatment at our facility

(Dr here awaiting

results to write

further orders)    Thank you !

P. 01

FAX NO.

08-02-2002 FRI 03:29 PM

```
-- ------------------------------------------------------------------------
MARS     University of Pittsburgh Electronic Medical Records System     MARS
-- ------------------------------------------------------------------------
Name .............  IRWIN CHRISTOPHER D
MRN ..............  202549085 PUH
ASP #  ...........  6838191
Physician ........  TOWNSEND RICARD N
Report Type ......  Radiology Report
Date of Event ....  07/08/02 16:00
Date of Birth ....  03/27/1973
Sex ..............  M
Patient Status ...  D
Last Adm Date ....  07/08/02 00:01
Last Disch Date ..  07/08/02 18:46
SP# ..............  6838191
Procedure by .....  004615 BRITTON CYNTHIA ;
Account # ........  00201851042188
Diagnosis ........  RULE OUT FRACTURE
Exam Type ........  PUE335
-- ------------------------------------------------------------------------
WARNING! You must protect this document as confidential medical record
         information. Please handle, store, and dispose appropriately.
-- ------------------------------------------------------------------------
```

BILATERAL SHOULDER: 7-8-02 AT 1600 HRS

HISTORY:  PAIN.

RIGHT SHOULDER:

AP, oblique, and axillary views of the shoulder were obtained.  The
glenohumeral and AC joints are normal.  No Hill-Sachs and Bankhart
deformity is seen.

IMPRESSION:
NEGATIVE RIGHT SHOULDER.
END OF IMPRESSION:

LEFT SHOULDER:

AP, oblique, and axillary views of the shoulder were obtained.  The
glenohumeral and AC joints are normal.  No degenerative or erosive
change is seen.

IMPRESSION:
NEGATIVE SHOULDER.

j8

END OF IMPRESSION:

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
MARS    University of Pittsburgh Electronic Medical Records System    MARS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Name ............. IRWIN CHRISTOPHER D
MRN .............. 202549085 PUH
ASP # ............ 6834842
Physician ........ PHRAMPUS PAUL E
Report Type ...... Radiology Report
Date of Event .... 07/07/02 03:29
Date of Birth .... 03/27/1973
Sex .............. M
Patient Status ... I
Last Adm Date .... 07/08/02 00:01
Last Disch Date .. 07/08/02 18:46
SP# .............. 6834842
Procedure by ..... 012441 GRAHOVAC STEPHEN Z ;
Account # ........ 00201851042188
Hosp/Group ....... PUH
Diagnosis ........ 959.8
Exam Type ........ CT CCT111
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

WARNING! You must protect this document as confidential medical record
         information. Please handle, store, and dispose appropriately.

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

CT SCAN OF THE HEAD:  7-7-02   0329 HOURS

HISTORY:  TRAUMA.  RESTRAINED DRIVER.

COMPARISON:  NONE.

TECHNIQUE:  Axial images were obtained from the base to the vertex.

FINDINGS:    There is no evidence of recent intracranial hemorrhage
or focal intracranial abnormality. The ventricles and subarachnoid
spaces are appropriate for age.  The orbits are unremarkable.  No
skull fractures are currently identified. The paranasal sinuses and
mastoid air cells are clear.


IMPRESSION:
NO ACUTE INTRACRANIAL ABNORMALITY DEMONSTRATED.

J7
My signature below is attestation that I have interpreted
this/these examination(s) and agree with the findings as noted
above.

END OF IMPRESSION:

```
--------------------------------------------------------------------
MARS    University of Pittsburgh Electronic Medical Records System    MARS
--------------------------------------------------------------------
Name ............. IRWIN CHRISTOPHER D
MRN .............. 202549085 PUH
ASP # ............ 6834844 6834858
Physician ........ PHRAMPUS PAUL E
Report Type ...... Radiology Report
Date of Event .... 07/07/02 03:29
Date of Birth .... 03/27/1973
Sex .............. M
Patient Status ... D
Last Adm Date .... 07/08/02 00:01
Last Disch Date .. 07/08/02 18:46
SP# .............. 6834844
Procedure by ..... 043415 THAETE FRANK LELAND ;007573 BALLESTERO JULIANA ;
Account # ........ 00201851042188
Diagnosis ........ 959.8
Exam Type ........ MX-CT CCT800 CCT168
--------------------------------------------------------------------
```

WARNING! You must protect this document as confidential medical record
         information. Please handle, store, and dispose appropriately.

--------------------------------------------------------------------

CT CHEST, ABDOMEN AND PELVIS:  7/7/02  AT 0329 HOURS

HISTORY:  TRAUMA.  MVA, UNRESTRAINED DRIVER.

TECHNIQUE:  Following IV contrast administration, 5mm axial images
were obtained through the chest, abdomen and pelvis.

FINDINGS:
The lungs and pleural spaces are clear.  The heart and mediastinal
structures are normal.  There is no evidence of mediastinal
hematoma or lymphadenopathy.  Vascular and osseous structures are
unremarkable.

*ABDOMEN:
The liver, spleen, gallbladder, pancreas, adrenal glands, and
kidneys are normal in size and contour. There is no evidence of
traumatic injury to these structures.

The stomach, small bowel and colon are normal in appearance.  No
free fluid or free air is seen.  No lymphadenopathy is present.
Vascular and osseous structures are normal.

*PELVIS:
A Foley catheter is present within a decompressed bladder.  No free
fluid is seen.  No lymphadenopathy is seen.  Vascular and osseous
structures are unremarkable.

IMPRESSION:

*CHEST:
NO EVIDENCE OF TRAUMATIC INJURY.

*ABDOMEN:
NO EVIDENCE OF TRAUMATIC INJURY.

*PELVIS:
NO EVIDENCE OF TRAUMATIC INJURY.
J8

My signature below is attestation that I have interpreted
this/these examination(s) and agree with the findings as noted
above.

END OF IMPRESSION:

```
-----------------------------------------------------------------------------------
MARS     University of Pittsburgh Electronic Medical Records System     MARS
Name ............. IRWIN CHRISTOPHER D
MRN .............. 202549085 PUH
ASP # .......... 6834857 6834843 6834845 6834856
Physician ........ PHRAMPUS PAUL E
Report Type ...... Radiology Report
Date of Event .... 07/07/02 03:35
Date of Birth .... 03/27/1973
Sex .............. M
Patient Status ... I
Last Adm Date .... 07/07/02 02:42
SP# .............. 6834857
Procedure by ..... 044182 TOWERS JEFFREY D ;
Account # ........ 00201851042188
Hosp/Group ....... PUH
Diagnosis ........ 959.8 R/O FX
Exam Type ........ MX-LSPINE PSP200 CCT248 PTR001 PSP270
-----------------------------------------------------------------------------------
WARNING! You must protect this document as confidential medical record
         information. Please handle, store, and dispose appropriately.
-----------------------------------------------------------------------------------
```

LUMBAR SPINE, T-SPINE, C-SPINE CT, TRAUMA SERIES 7-7-02 0335 HRS

HISTORY:  MULTIPLE TRAUMA.

*TRAUMA SERIES:
C-SPINE:  Four views include a lateral, AP open mouth odontoid,
Swimmer's and AP view.  No malalignment or evidence of fracture can
be identified.  The odontoid is incompletely seen but no
abnormality can be seen in its appearance on the lateral view.

IMPRESSION:
NO ABNORMALITY OF THE CERVICAL SPINE.

PELVIS:  A single AP view shows no evidence of a pelvic ring or hip
fracture.

IMPRESSION:
NORMAL APPEARANCE OF THE PELVIS.

CHEST:  A single AP view shows the heart size to be upper limits of
normal.  The azygos vein is distended consistent with aggressive
hydration.  No evidence for congestive failure can be seen.  No
displaced rib fracture, pneumothorax or other cardiomediastinal
abnormality can be seen.

IMPRESSION:
BORDERLINE CARDIOMEGALY WITH DISTENTION OF THE AZYGOS VEIN.

*CERVICAL SPINE CT:  Compared with the prior radiographs, the
serial helical CT images from the skullbase through the mid C3
level show no abnormality of the odontoid.  No evidence of fracture
or other unstable injury.

IMPRESSION:
NORMAL APPEARANCE OF THE ODONTOID.

*T-SPINE:  AP and lateral views were obtained.  No paravertebral
hematoma can be identified.  No fracture can be seen.

IMPRESSION:
NORMAL APPEARANCE OF THE T-SPINE.

*L-SPINE:  There is contrast in the renal collecting system.  No
evidence for an acute fracture can be identified.

IMPRESSION:
NO SIGNIFICANT ABNORMALITY.

J7

My signature below is attestation that I have interpreted
this/these examination(s) and agree with the findings as noted
above.

END OF IMPRESSION:

```
-----------------------------------------------------------------------
MARS      University of Pittsburgh Electronic Medical Records System    MARS
-----------------------------------------------------------------------
Name ............. IRWIN CHRISTOPHER D
MRN .............. 202549085 PUH
ASP # ............ 6834861
Physician ........ PHRAMPUS PAUL E
Report Type ...... Radiology Report
Date of Event .... 07/07/02 03:29
Date of Birth .... 03/27/1973
Sex .............. M
Patient Status ... I
Last Adm Date .... 07/07/02 02:42
SP# .............. 6834861
Procedure by ..... 044182 TOWERS JEFFREY D ;
Account # ........ 00201851042188
Hosp/Group ....... PUH
Diagnosis ........ 959.8
Exam Type ........ CT CCT120
-----------------------------------------------------------------------
WARNING! You must protect this document as confidential medical record
         information. Please handle, store, and dispose appropriately.
-----------------------------------------------------------------------
```

SAGITTAL AND CORONAL REFORMATS OF C-SPINE 7-7-02 0329 HRS

Sagittal and coronal reformatted images of the original axial data
were obtained.  No abnormality to suggest an unstable injury can be
identified.  No fracture can be seen.  Alignment is normal.

IMPRESSION:

NO ABNORMALITY BY SAGITTAL AND CORONAL PLANE REFORMATS OF AXIAL CT
DATA.

J7

My signature below is attestation that I have interpreted
this/these examination(s) and agree with the findings as noted
above.

END OF IMPRESSION:

**Name:** IRWIN , CHRISTOPHER DALE
**Booking #:** 02-01339
**PCP #:** WCF-000703

**Receipt #:** 43683

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 10/8/2002 14:20:01 | 1001 | LARGE STAMPED ENVELOPE | 0.47 | 1 | 0.47 | N |

|  |  |  | Sub-Total: | | 0.47 | |
|  |  |  | Sales Tax: | | 0.00 | |
|  |  |  | Total: | | 0.47 | |

**Receipt #:** 43325

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 9/30/2002 22:05:13 | 0610 | EXTRA STRENGTH TYLENOL 2-PK | 0.70 | 2 | 1.40 | N |
| 9/30/2002 22:05:13 | 2016 | NESCAFE COFFEE 4OZ. | 3.30 | 1 | 3.30 | N |
| 9/30/2002 22:05:13 | 4035 | REESES P/BUTTER CUP | 0.65 | 1 | 0.65 | N |

|  |  |  | Sub-Total: | | 5.35 | |
|  |  |  | Sales Tax: | | 0.00 | |
|  |  |  | Total: | | 5.35 | |

**Receipt #:** 42317

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 9/10/2002 13:57:29 | 0007 | BALSAM SHAMPOO 12 OZ | 1.20 | 1 | 1.20 | N |
| 9/10/2002 13:57:29 | 0008 | BALSAM CONDITIONER 12 OZ | 1.20 | 1 | 1.20 | N |
| 9/10/2002 13:57:29 | 0598 | ANESTHETIC ORAL GEL .5 OZ | 1.60 | 1 | 1.60 | N |
| 9/10/2002 13:57:29 | 0610 | EXTRA STRENGTH TYLENOL 2-PK | 0.70 | 3 | 2.10 | N |
| 9/10/2002 13:57:29 | 0760 | COTTON SWABS 90CT BOX | 1.00 | 1 | 1.00 | N |
| 9/10/2002 13:57:29 | 1010 | #10 WHITE ENVELOPE | 0.05 | 5 | 0.25 | N |
| 9/10/2002 13:57:29 | 1050 | BOOK OF TEN STAMPS | 4.00 | 1 | 4.00 | N |
| 9/10/2002 13:57:29 | 3010 | 2.5OZ CHOC. CHIP COOKIES | 0.60 | 4 | 2.40 | N |
| 9/10/2002 13:57:29 | 4001 | M&M PEANUT | 0.65 | 4 | 2.60 | N |
| 9/10/2002 13:57:29 | 4020 | PAYDAY | 0.65 | 3 | 1.95 | N |
| 9/10/2002 13:57:29 | 4031 | TWIX BAR | 0.65 | 2 | 1.30 | N |
| 9/10/2002 13:57:29 | 4035 | REESES P/BUTTER CUP | 0.65 | 3 | 1.95 | N |
| 9/10/2002 13:57:29 | 4135 | JOLLY RANCHERS ASST. 3.7O | 0.80 | 2 | 1.60 | N |
| 9/10/2002 13:57:29 | 6000 | RAMAN NOODLE CHICKEN | 0.57 | 5 | 2.85 | N |
| 9/10/2002 13:57:29 | 6002 | RAMAN NOODLE BEEF | 0.57 | 5 | 2.85 | N |
| 9/10/2002 13:57:29 | 6004 | RAMAN NOODLE TEXAS BEEF | 0.57 | 5 | 2.85 | N |
| 9/10/2002 13:57:29 | 6006 | RAMAN NOODLE ORENTIAL | 0.57 | 5 | 2.85 | N |
| 9/10/2002 13:57:29 | 6150 | KEEFE 10OZ NACHO CHIPS | 1.75 | 1 | 1.75 | N |
| 9/10/2002 13:57:29 | 6155 | KEEFE 13OZ CORN CHIPS | 1.75 | 2 | 3.50 | N |
| 9/10/2002 13:57:29 | 6160 | POTATO CHIPS 6OZ BAG | 1.55 | 1 | 1.55 | N |
| 9/10/2002 13:57:29 | 6165 | BBQ CHIPS 5.5OZ. | 1.55 | 1 | 1.55 | N |
| 9/10/2002 13:57:29 | 6312 | BEEF SUMMER SAUSAGE 3 OZ | 1.45 | 1 | 1.45 | N |
| 9/10/2002 13:57:29 | 6424 | JALAPENO CHEESE SQUEEZERS 16OZ | 3.00 | 1 | 3.00 | N |
| 9/10/2002 13:57:29 | 6519 | SALT - SINGLE PACKET | 0.02 | 15 | 0.30 | N |

|  |  |  | Sub-Total: | | 47.65 | |
|  |  |  | Sales Tax: | | 0.00 | |
|  |  |  | Total: | | 47.65 | |

**Receipt #:** 41952

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 9/2/2002 22:05:08 | 3010 | 2.5OZ CHOC. CHIP COOKIES | 0.60 | 2 | 1.20 | N |
| 9/2/2002 22:05:08 | 6519 | SALT - SINGLE PACKET | 0.02 | 15 | 0.30 | N |

|  |  |  | Sub-Total: | | 1.50 | |
|  |  |  | Sales Tax: | | 0.00 | |
|  |  |  | Total: | | 1.50 | |

**Receipt #:** 41666

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 8/26/2002 09:30:49 | 3010 | 2.5OZ CHOC. CHIP COOKIES | 0.60 | 2 | 1.20 | N |
| 8/26/2002 09:30:49 | 3110 | 5.25OZ CLUB CRACKERS | 1.15 | 1 | 1.15 | N |
| 8/26/2002 09:30:49 | 3214 | CHOCOLATE FUDGE BROWNIE 3 0Z. | 0.80 | 2 | 1.60 | N |
| 8/26/2002 09:30:49 | 4001 | M&M PEANUT | 0.65 | 3 | 1.95 | N |
| 8/26/2002 09:30:49 | 4020 | PAYDAY | 0.65 | 3 | 1.95 | N |
| 8/26/2002 09:30:49 | 4035 | REESES P/BUTTER CUP | 0.65 | 2 | 1.30 | N |
| 8/26/2002 09:30:49 | 6000 | RAMAN NOODLE CHICKEN | 0.57 | 3 | 1.71 | N |
| 8/26/2002 09:30:49 | 6002 | RAMAN NOODLE BEEF | 0.57 | 4 | 2.28 | N |

**Name:** IRWIN    , CHRISTOPHER    DALE
**Booking #:** 02-01339
**PCP #:** WCF-000703

**Receipt #:    41666**

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 8/26/2002 09:30:49 | 6004 | RAMAN NOODLE TEXAS BEEF | 0.57 | 4 | 2.28 | N |
| 8/26/2002 09:30:49 | 6005 | RAMAN NOODLE CHILI | 0.57 | 5 | 2.85 | N |
| 8/26/2002 09:30:49 | 6006 | RAMAN NOODLE ORENTIAL | 0.57 | 4 | 2.28 | N |
| 8/26/2002 09:30:49 | 6150 | KEEFE 10OZ NACHO CHIPS | 1.75 | 1 | 1.75 | N |
| 8/26/2002 09:30:49 | 6155 | KEEFE 13OZ CORN CHIPS | 1.75 | 1 | 1.75 | N |
| 8/26/2002 09:30:49 | 6165 | BBQ CHIPS 5.5OZ. | 1.55 | 1 | 1.55 | N |
| 8/26/2002 09:30:49 | 6312 | BEEF SUMMER SAUSAGE 3 OZ | 1.45 | 1 | 1.45 | N |
| 8/26/2002 09:30:49 | 6602 | CHEESY JALAPENO TORTILLAS | 1.00 | 3 | 3.00 | N |

Sub-Total:    30.05
Sales Tax:    0.00
Total:    30.05

**Receipt #:    41376**

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 8/19/2002 14:08:50 | 3010 | 2.5OZ CHOC. CHIP COOKIES | 0.60 | 2 | 1.20 | N |
| 8/19/2002 14:08:50 | 3110 | 5.25OZ CLUB CRACKERS | 1.15 | 2 | 2.30 | N |
| 8/19/2002 14:08:50 | 3214 | CHOCOLATE FUDGE BROWNIE 3 OZ. | 0.80 | 3 | 2.40 | N |
| 8/19/2002 14:08:50 | 4001 | M&M PEANUT | 0.65 | 3 | 1.95 | N |
| 8/19/2002 14:08:50 | 4020 | PAYDAY | 0.65 | 3 | 1.95 | N |
| 8/19/2002 14:08:50 | 4031 | TWIX BAR | 0.65 | 2 | 1.30 | N |
| 8/19/2002 14:08:50 | 4035 | REESES P/BUTTER CUP | 0.65 | 4 | 2.60 | N |
| 8/19/2002 14:08:50 | 4037 | HERSHEY'S W/ALMONDS | 0.65 | 1 | 0.65 | N |
| 8/19/2002 14:08:50 | 4038 | NUTRAGEOUS BAR | 0.65 | 1 | 0.65 | N |
| 8/19/2002 14:08:50 | 4135 | JOLLY RANCHERS ASST. 3.7O | 0.80 | 2 | 1.60 | N |
| 8/19/2002 14:08:50 | 6002 | RAMAN NOODLE BEEF | 0.57 | 4 | 2.28 | N |
| 8/19/2002 14:08:50 | 6004 | RAMAN NOODLE TEXAS BEEF | 0.57 | 3 | 1.71 | N |
| 8/19/2002 14:08:50 | 6005 | RAMAN NOODLE CHILI | 0.57 | 3 | 1.71 | N |
| 8/19/2002 14:08:50 | 6150 | KEEFE 10OZ NACHO CHIPS | 1.75 | 1 | 1.75 | N |
| 8/19/2002 14:08:50 | 6155 | KEEFE 13OZ CORN CHIPS | 1.75 | 2 | 3.50 | N |
| 8/19/2002 14:08:50 | 6160 | POTATO CHIPS 6OZ BAG | 1.55 | 1 | 1.55 | N |
| 8/19/2002 14:08:50 | 6165 | BBQ CHIPS 5.5OZ. | 1.55 | 1 | 1.55 | N |
| 8/19/2002 14:08:50 | 6310 | SUMMER SAUSAGE PEPPERONI | 0.90 | 2 | 1.80 | N |
| 8/19/2002 14:08:50 | 6519 | SALT - SINGLE PACKET | 0.02 | 15 | 0.30 | N |
| 8/19/2002 14:08:50 | 6602 | CHEESY JALAPENO TORTILLAS | 1.00 | 2 | 2.00 | N |

Sub-Total:    34.75
Sales Tax:    0.00
Total:    34.75

**Receipt #:    41086**

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 8/13/2002 14:29:32 | 0305 | SCHICK TWIN BLADE DISPOSABLE | 0.30 | 1 | 0.30 | N |
| 8/13/2002 14:29:32 | 0610 | EXTRA STRENGTH TYLENOL 2-PK | 0.70 | 3 | 2.10 | N |
| 8/13/2002 14:29:32 | 3110 | 5.25OZ CLUB CRACKERS | 1.15 | 3 | 3.45 | N |
| 8/13/2002 14:29:32 | 3214 | CHOCOLATE FUDGE BROWNIE 3 OZ. | 0.80 | 2 | 1.60 | N |
| 8/13/2002 14:29:32 | 4000 | M&M PLAIN | 0.65 | 2 | 1.30 | N |
| 8/13/2002 14:29:32 | 4020 | PAYDAY | 0.65 | 3 | 1.95 | N |
| 8/13/2002 14:29:32 | 4035 | REESES P/BUTTER CUP | 0.65 | 2 | 1.30 | N |
| 8/13/2002 14:29:32 | 4135 | JOLLY RANCHERS ASST. 3.7O | 0.80 | 2 | 1.60 | N |
| 8/13/2002 14:29:32 | 6000 | RAMAN NOODLE CHICKEN | 0.57 | 4 | 2.28 | N |
| 8/13/2002 14:29:32 | 6002 | RAMAN NOODLE BEEF | 0.57 | 8 | 4.56 | N |
| 8/13/2002 14:29:32 | 6004 | RAMAN NOODLE TEXAS BEEF | 0.57 | 8 | 4.56 | N |
| 8/13/2002 14:29:32 | 6005 | RAMAN NOODLE CHILI | 0.57 | 4 | 2.28 | N |
| 8/13/2002 14:29:32 | 6155 | KEEFE 13OZ CORN CHIPS | 1.75 | 1 | 1.75 | N |
| 8/13/2002 14:29:32 | 6160 | POTATO CHIPS 6OZ BAG | 1.55 | 1 | 1.55 | N |
| 8/13/2002 14:29:32 | 6519 | SALT - SINGLE PACKET | 0.02 | 15 | 0.30 | N |

Sub-Total:    30.88
Sales Tax:    0.00
Total:    30.88

**Receipt #:    40682**

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 8/5/2002 22:08:14 | 0305 | SCHICK TWIN BLADE DISPOSABLE | 0.30 | 1 | 0.30 | N |

**Name:** IRWIN, CHRISTOPHER DALE
**Booking #:** 02-01339
**PCP #:** WCF-000703

**Receipt #:** 40682

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 8/5/2002 22:08:14 | 0598 | ANESTHETIC ORAL GEL .5 OZ | 1.60 | 1 | 1.60 | N |
| 8/5/2002 22:08:14 | 0610 | EXTRA STRENGTH TYLENOL 2 PK | 0.70 | 3 | 2.10 | N |
| 8/5/2002 22:08:14 | 0612 | 2PK ADVIL | 0.70 | 2 | 1.40 | N |
| 8/5/2002 22:08:14 | 1010 | #10 WHITE ENVELOPE | 0.04 | 10 | 0.40 | N |
| 8/5/2002 22:08:14 | 1050 | BOOK OF TEN STAMPS | 4.00 | 1 | 4.00 | N |
| 8/5/2002 22:08:14 | 1092 | BLUE PEN (PLASTIC CLIP) | 0.25 | 1 | 0.25 | N |
| 8/5/2002 22:08:14 | 3110 | 5.25OZ CLUB CRACKERS | 1.15 | 4 | 4.60 | N |
| 8/5/2002 22:08:14 | 4001 | M&M PEANUT | 0.65 | 3 | 1.95 | N |
| 8/5/2002 22:08:14 | 4020 | PAYDAY | 0.65 | 3 | 1.95 | N |
| 8/5/2002 22:08:14 | 4035 | REESES P/BUTTER CUP | 0.65 | 4 | 2.60 | N |
| 8/5/2002 22:08:14 | 4135 | JOLLY RANCHERS ASST. 3.7O | 0.80 | 2 | 1.60 | N |
| 8/5/2002 22:08:14 | 6000 | RAMAN NOODLE CHICKEN | 0.55 | 5 | 2.75 | N |
| 8/5/2002 22:08:14 | 6004 | RAMAN NOODLE TEXAS BEEF | 0.55 | 6 | 3.30 | N |
| 8/5/2002 22:08:14 | 6005 | RAMAN NOODLE CHILI | 0.55 | 6 | 3.30 | N |
| 8/5/2002 22:08:14 | 6155 | KEEFE 13OZ CORN CHIPS | 1.75 | 1 | 1.75 | N |
| 8/5/2002 22:08:14 | 6160 | POTATO CHIPS 6OZ BAG | 1.55 | 1 | 1.55 | N |
| 8/5/2002 22:08:14 | 6165 | BBQ CHIPS 5.5OZ. | 1.55 | 1 | 1.55 | N |
| 8/5/2002 22:08:14 | 6205 | CASHEWS | 1.25 | 1 | 1.25 | N |
| 8/5/2002 22:08:14 | 6300 | 6 GUN BEEF STICK | 0.45 | 3 | 1.35 | N |
| 8/5/2002 22:08:14 | 6311 | SLICED PEPERONI | 2.50 | 1 | 2.50 | N |
| 8/5/2002 22:08:14 | 6312 | BEEF SUMMER SAUSAGE 3 OZ | 1.20 | 2 | 2.40 | N |
| 8/5/2002 22:08:14 | 6519 | SALT - SINGLE PACKET | 0.02 | 15 | 0.30 | N |
| 8/5/2002 22:08:14 | 6600 | FLOUR TORTILLAS 4 CT. | 1.00 | 1 | 1.00 | N |
| 8/5/2002 22:08:14 | 6602 | CHEESY JALAPENO TORTILLAS | 1.00 | 2 | 2.00 | N |

|  |  |  | Sub-Total: | 47.75 |
|---|---|---|---|---|
|  |  |  | Sales Tax: | 0.00 |
|  |  |  | Total: | 47.75 |

**Receipt #:** 40331

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 7/29/2002 06:05:48 | 2081 | SUGAR SINGLE PACKET | 0.04 | 5 | 0.20 | N |

|  |  |  | Sub-Total: | 0.20 |
|---|---|---|---|---|
|  |  |  | Sales Tax: | 0.00 |
|  |  |  | Total: | 0.20 |

**Receipt #:** 40016

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 7/22/2002 14:15:37 | 0610 | EXTRA STRENGTH TYLENOL 2 PK | 0.70 | 1 | 0.70 | N |
| 7/22/2002 14:15:37 | 0720 | FOOT POWDER | 2.80 | 1 | 2.80 | N |
| 7/22/2002 14:15:37 | 0760 | COTTON SWABS 90CT BOX | 1.00 | 1 | 1.00 | N |
| 7/22/2002 14:15:37 | 1001 | LARGE STAMPED ENVELOPE | 0.47 | 5 | 2.35 | N |
| 7/22/2002 14:15:37 | 1091 | BLACK PEN (PLASTIC CLIP) | 0.25 | 1 | 0.25 | N |
| 7/22/2002 14:15:37 | 3010 | 2.5OZ CHOC. CHIP COOKIES | 0.60 | 2 | 1.20 | N |
| 7/22/2002 14:15:37 | 3110 | 5.25OZ CLUB CRACKERS | 1.15 | 2 | 2.30 | N |
| 7/22/2002 14:15:37 | 4001 | M&M PEANUT | 0.65 | 6 | 3.90 | N |
| 7/22/2002 14:15:37 | 4020 | PAYDAY | 0.65 | 4 | 2.60 | N |
| 7/22/2002 14:15:37 | 4035 | REESES P/BUTTER CUP | 0.65 | 3 | 1.95 | N |
| 7/22/2002 14:15:37 | 4039 | KIT KAT | 0.65 | 2 | 1.30 | N |
| 7/22/2002 14:15:37 | 4135 | JOLLY RANCHERS ASST. 3.7O | 0.80 | 2 | 1.60 | N |
| 7/22/2002 14:15:37 | 6000 | RAMAN NOODLE CHICKEN | 0.55 | 4 | 2.20 | N |
| 7/22/2002 14:15:37 | 6002 | RAMAN NOODLE BEEF | 0.55 | 2 | 1.10 | N |
| 7/22/2002 14:15:37 | 6004 | RAMAN NOODLE TEXAS BEEF | 0.55 | 3 | 1.65 | N |
| 7/22/2002 14:15:37 | 6005 | RAMAN NOODLE CHILI | 0.55 | 4 | 2.20 | N |
| 7/22/2002 14:15:37 | 6011 | RAMEN HOT&SPICY VEGETABLE | 0.55 | 3 | 1.65 | N |
| 7/22/2002 14:15:37 | 6155 | KEEFE 13OZ CORN CHIPS | 1.75 | 2 | 3.50 | N |
| 7/22/2002 14:15:37 | 6519 | SALT - SINGLE PACKET | 0.02 | 15 | 0.30 | N |

|  |  |  | Sub-Total: | 34.55 |
|---|---|---|---|---|
|  |  |  | Sales Tax: | 0.00 |
|  |  |  | Total: | 34.55 |

Name:    IRWIN      , CHRISTOPHER    DALE
Booking #:  02-01339
PCP #:     WCF-000703

Receipt #:  39705

| Date/Time | ID Number | Description | Sellprice | Qty | Total | Taxable |
|---|---|---|---|---|---|---|
| 7/16/2002 13:31:17 | 0013 | SUAVE SHAMPOO 14.5 OZ | 2.40 | 1 | 2.40 | N |
| 7/16/2002 13:31:17 | 0400 | IRISH SPRING 3.2 OZ SOAP | 0.85 | 1 | 0.85 | N |
| 7/16/2002 13:31:17 | 0612 | 2PK ADVIL | 0.70 | 3 | 2.10 | N |
| 7/16/2002 13:31:17 | 1001 | LARGE STAMPED ENVELOPE | 0.47 | 5 | 2.35 | N |
| 7/16/2002 13:31:17 | 1060 | 8.5 X 11 LETTER PAD WHT | 0.90 | 1 | 0.90 | N |
| 7/16/2002 13:31:17 | 1091 | BLACK PEN (PLASTIC CLIP) | 0.25 | 1 | 0.25 | N |
| 7/16/2002 13:31:17 | 1400 | BOWL W/LID | 0.80 | 1 | 0.80 | N |
| 7/16/2002 13:31:17 | 2310 | 6OZ LEMONADE | 1.15 | 2 | 2.30 | N |
| 7/16/2002 13:31:17 | 2311 | 6OZ GRAPE KOOL-AID | 1.20 | 2 | 2.40 | N |
| 7/16/2002 13:31:17 | 3110 | 5.25OZ CLUB CRACKERS | 1.15 | 4 | 4.60 | N |
| 7/16/2002 13:31:17 | 4001 | M&M PEANUT | 0.65 | 6 | 3.90 | N |
| 7/16/2002 13:31:17 | 4020 | PAYDAY | 0.65 | 4 | 2.60 | N |
| 7/16/2002 13:31:17 | 4035 | REESES P/BUTTER CUP | 0.65 | 3 | 1.95 | N |
| 7/16/2002 13:31:17 | 4039 | KIT KAT | 0.65 | 2 | 1.30 | N |
| 7/16/2002 13:31:17 | 4135 | JOLLY RANCHERS ASST. 3.7O | 0.80 | 3 | 2.40 | N |
| 7/16/2002 13:31:17 | 6004 | RAMAN NOODLE TEXAS BEEF | 0.55 | 10 | 5.50 | N |
| 7/16/2002 13:31:17 | 6005 | RAMAN NOODLE CHILI | 0.55 | 5 | 2.75 | N |
| 7/16/2002 13:31:17 | 6007 | RAMAN NOODLE CAJUN CHICKEN | 0.55 | 4 | 2.20 | N |
| 7/16/2002 13:31:17 | 6150 | KEEFE 10OZ NACHO CHIPS | 1.75 | 1 | 1.75 | N |
| 7/16/2002 13:31:17 | 6155 | KEEFE 13OZ CORN CHIPS | 1.75 | 2 | 3.50 | N |
| 7/16/2002 13:31:17 | 6160 | POTATO CHIPS 6OZ BAG | 1.55 | 1 | 1.55 | N |
| 7/16/2002 13:31:17 | 6312 | BEEF SUMMER SAUSAGE 3 OZ | 1.20 | 1 | 1.20 | N |
| 7/16/2002 13:31:17 | 6519 | SALT - SINGLE PACKET | 0.02 | 15 | 0.30 | N |

Sub-Total:    49.85
Sales Tax:    0.00
Total:    49.85



On 7-25-02 Mr Irwin requested —"neck is very stiff—need put back on Motrin.". Mr
Irwin was reminded of exercises as instructed on 7-23-02, and informed of the facility
policy for obtaining Tylenol/motrin for use as needed.

On 8-21-02 Mr. Irwin again requested motrin/Tylenol by means of a <u>formal inmate
grievance</u> form for his complaint of a headache—this was responded to on 8-22-02 by
again reminding Mr. Irwin of the policy to obtain Tylenol/mortin for use as needed.

For the record Mr. Irwin had money in his inmate account, and did order a large number
food/snack/candy items weekly, but ordered only a total of 17 doses of Tylenol/motrin
during the entire 14 weeks of his incarceration.

In summary, Mr. Irwin was seen and provided medication at least daily by the nursing
staff, had an extensive negative medical work-up prior to his incarceration, and was re-
evaluated by medical professionals within the facility on at least 14 additional occasions.
He was instructed on and encouraged to perform exercises to help himself, and had the
opportunity to obtain additional analgesics for his own use as needed. The date of event
listed in his complaint is 10-17-02, and that is the date which he left the facility. There is
no record of any event/occurance on that date involving Mr. Irwin.

Cheryl McGavitt R.N. Supervisor
Washington County Correctional Facility

**WASHINGTON COUNTY CORRECTIONAL FACILITY**
**REFUSED SICK CALL**

Inmate Name: _Steven Chris_    Date: _7-25-02_

Housing Unit: _3 E_    P.I.N.

Medical Staff Name: _____    Permanent WCP#

REASON FOR REFUSAL:

_You may order Tylenol or Motrin on_
_commissary to use as needed for_
_discomfort. You may also sign up_
_with the C.O. prior to morning_
_Med delivery to be given a sick bag_
_the Nurse at morning only._

SIGNATURE: _CW RN_

**MEDICATION ADMINISTRATION RECORD**

10·02

DAY OF THE MONTH

| MEDICATION | HOURS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

7-10-02
**Zoloft 50mg**
ī po Qd — 0700

8-9-02
**Elavil 25mg**
ī po Bid — 0700 / 3700

10-11-02 (blacked out)

(blacked out entries)

ALLERGIES

NKA

BNP    Irwin, Christopher
02-01339

DATE  10-02

9-02

MEDICATION ADMINISTRATION RECORD

DAY OF THE MONTH

| MEDICATION | HOURS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

7-10-02

Zoloft 50 mg
i po QD

8-9-02

Elauil 25 mg
i po Bid

ALLERGIES:

NKA

Irwin, Christopher

02-01339

441

MEDICATION ADMINISTRATION RECORD
DAY OF THE MONTH

| MEDICATION | HOURS | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
|---|---|---|
| 7-16-02 Zuloft 50mg 1 po QD | 0700 | |
| | HOURS | |
| 7-2-02 8-2-02 ... | 0700 | |
| 7-16-02 ... x 4 day | | |
| 8-1 | HOURS | |
| 8-2-02 | HOURS | |
| 8-9-02 ELAVIL 25mg 1 po bid | 0700 | |
| | HOURS | |
| | HOURS | |
| | HOURS | |
| | HOURS | |
| 8-1-02 ice pack Rom exercise | HOURS | |

PATIENT NOTES

ALLERGIES

NKA

Irwin, Christopher
02-01339



MEDICATION ADMINISTRATION RECORD

DAY OF THE MONTH

July-02

**WASHINGTON COMMUNITIES**
**WASHINGTON COUNTY PRISON CONSULT**

Name: _Irwin Christopher D_    Date: _7-16-02_

S.S.#: _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_    Referred By: _Inmate Request_

Presenting Problems: _"I'm under a lot of stress I don't_
_know if I can handle it"_ _(wants more_
_meds)_

Clinical Impressions: _Client was cooperative, and presented_
_with adequate eye contact. He was alert and_
_oriented x 3. Thoughts were organized, and relevant,_
_speech was spontaneous, affect was appropriate._
_No overt denied suicidal / homicidal thoughts._
_No serious mental health symptoms were observed_
_during assessment. Admits to continued use of_
_alcohol and cocaine. His only request "I need_
_nerve medication for at least 1 month." Has history of_
_prescription (nerve) drug addiction._

Recommendations: _____
_No need for mental health services at this time._
_Second Chance Program would be appropriate._

Informed: _Cheryl McDevitt R.N. nursing supervisor_

Follow-up:

| | |
|---|---|
| ____ | Prison Counselor |
| ____ | Prison Physician |
| _X_ | CARE |
| ____ | Washington Communities |
| ____ | MMPI |
| _X_ | Other (Specified) |

Signature: _Cathy Young_

# WASHINGTON COUNTY CORRECTIONAL FACILITY
## PHYSICIAN'S ORDERS

WCP#

| DATE ENTERED | TIME ORDERED | ORDERS - ORDERED BY |
|---|---|---|
| 8/8/02 | | Elavil 25mg T po BID |
| | | 8-9-02 E. Allesandro (?) |
| | | 10-11-02 ADUL 20mg |
| | | # 18  2 P° T. W x 3 days |
| | | 2 Pou |
| | | AMOXIL 5mg |
| | | # 15  1 P° T. W x 5 |
| | | 10-11-02 E. Allesandro (?) |
| | | OAA |
| | | Released 10-17-02 |

ALLERGIC TO: NKA

INMATE'S NAME: Irwin, Christopher    02-01339

# WASHINGTON COUNTY CORRECTIONAL FACILITY
## PHYSICIAN'S ORDERS

WCP#

| DATE ENTERED | TIME ORDERED | ORDERS - ORDERED BY |
|---|---|---|
| 7-10-02 | | - Ibuprofen 600 mg po tid PRN |
| | | - Zoloft 25 mg PO QD x 7 days |
| | | + Rev - C   50 mg PO QD |
| | | Velnium 25 mg po B.d x 3days |
| | | then QD x 3days) & DC - |
| | | po QD [signature] c M Acosta |
| | | M Acosta R |
| 7/11/02 | | myLanta 2 Tsp x 10 PRN po 50 Meals. |
| | | po hs. |
| | | - Ice bag shoulder |
| | | [signature] |
| 8/1/02 | | Aleve 220 |
| | | # 8  1 BID c Food |
| | | Ice press |
| | | ROM Exercise |
| | 8-1-02 | E. Delsandro RN  [signature] |
| 8-01-02 | | Keflex 500 mg 1 po Tid x 5 days |
| | | po PA Drushus / E. Delsandro RN |
| 8/2/02 | | - DC Aleve |
| | | - Ibuprofen 800mg TID x 7D. |
| | | - Obtain XRay results |
| | 8-2-02 | E. Delsandro RN  [signature] |

**ALLERGIC TO:** NKA

**INMATE'S NAME:** Thurin - Christopher    02-01339

**Allergies:** 10-11-02  C/o "tooth pain" possible abscess

**Date:** _____  E Delxandvos DN

**Name:** 10-11-02

29y/ WM Sore ® upper molar
x weeks / worse

⊖ NAD ® upper molar - painful
to touch MAX gum swelling

Ⓟ ⟶ Early INFX has discomfort
⟶ AMOXL 500 T.I.D X 7
ADM 2 T.W c̄ proc X 3 wks
F/u c̄ dentist

_JAA_

Allergies: 16-11-83  C/o "tooth pain" possible abscess

Date: _____  E Delsandro PA

Name: 10-11-0?

29y/ WT sore ® upper molar
x week / worse

S — NTD ® upper molar — painful
to touch NKDA gum swells

A — ? Early IAPX NRS HSM tooth
P — Amoxil 500 T.W x7
Adm 2 T.W c proc x3m
Ftw c dentist

Allergies: _____

Date: ___8___/___8___/___02___

Name: _____

S: C/o neck c̄ R shoulder pain
   s̄ change.

O:
   Neck - ↓ ROM
        tender over Trap c̄ spasm (mild)
        and R neck area
   Neuro - Strength / DTR's nl

A: C-Spine / Trap strain
P: Elavil 25 mg BID

8-14-02   In clinic for temp last evening
0700 temp 98.9 @ c/o  1000 T 99.5 has no c/o
Wants to go back to prod. Will rec Temp @ 1200
Back to prod.                    Victoria Gowing LPN

8.21.02 Requested to see MH. "More anxious"
"need ↑ in meds" ——         E Delandro VN
8.21.02 Refused to give inmate Tylenol on Mahru
at 1635 — inmate previously stated "need tylenol
for night time" — gave "" Tylenol @ HS prud
                              E Delandro VN

Allergies: _____

Date: 8 , 2 , 02

Name: _____

S: Pt was in MVA 7/7/02. Since then complaining of shoulder soreness, was in ACH & had c XRays done. Pt denies C spine soreness, 4o pain c rotating head from side to side.

O: O pain to palpate C Spine, T spine or LS spine, pain c abduction of arms >90° O Scapula or Clavicular crepitus or bony point tenderness pain c empty can & hawkes impingement bilaterally, poor effort testing strength. CV: RRR O m/r/c Resp: CTAB

A: Bilateral Trapezius Strain and Shoulder soreness.

P: DC Naprosyn
Discussed Stretching
Ibuprofen 800 mg TID x 7D
Obtain XRay results

8:60 He Saw DDS Dietrich "I'm getting out in 1 week so I guess I can wait til then".

Allergies: 8-1-03 "Severe HA" Cont to C/o Shoulder

Date: pain — "top of both shoulders"

Name: C/o "tooth pain" ——— E. Alexandro PA

8/1 ~ 29 y/o (W) ♂ soreness clavicle shoulder — M/neck soreness — NTW also rotten tooth (1) pain —

(○) no ble'd — corp muscle clows Here M. neck soft M/tender ® paracerv muscles now 90% M shoulder M/tender RC + traps now M. strength M
— ∩ ~

→ residual ® neck Blvd Trop 600m
Relieve 220 B.i.d × 4
② tie pale
                          QAA

**Allergies:** _____

**Date:** _____/_____/_____

**Name:** _____

7-23-02 · C/O soreness from MVA
informed to crew (Lyl/Mullen on)
commissary or on Al Pass

_[signature]_

♂ — ♂ 29y/ W ♂ says Chem is
more sore now than before. Adv
Mr. Neer p___ 2 course motrin

○ — NAD Alert cas O×3 when
Hearce Chervle during
subject serm R+L pectoram
non M. prm. return to Ralse
prm.

○ — soreness 2° to MVA/Nonskeletal

○ — Rom Exercises

_[signature]_

**Allergies:** _____

**Date:** _____/_____/_____

**Name:** _____

7-11-02 - c/o (Rt) shoulder pain (bilateral
both neck, but L > Rt) — abrased
scabbed area to forehead dry &
intact — _____

___ — 29 y/o. WD in MVA 4-5 days ago — sore
shoulders - neck 15 ow - Also sore chest.
Er eval NL — ___ Rx

O — NAD. Alert. Coop. Coherent. OX3.
Good eye contact, good spontaneous speech.
neck supple Nd. ⊕ tender both traps. aw scalene
+ pectoralis muscle. Heart rr RRR ___
rom trunk 80%. Shoulder 40% Eto rot. ___ rot
hand grip M. toe ___ M. gait - M.

A ⊂ s/p MVA residual soreness traps, chest

P  Ice bags / Mvon, Mylanta

Fu PRN

7-13-02 1830 Still c/o pain (R) scapula — ⊖ bruising
noted — "The pen did ___ help" warm compress given — E Delsandro PA
7-13-02 2145 — "I really need that other pill (ativan)
I'm really under a lot of stress, you know why I'm here"
denies suicidal thoughts — told inmate consult to
MH will be requested for him — E Delsandro PA
on 7-15-02

**Washington County Correctional Facility**
**Health Care Screening Form**

Name _Irwin, Christopher_     Allergies to Food or Medications _NO_

D.O.B. _3/27/73_ Age _29_

Date _7/10/02_ Time _1508_     PIN _02-1339_ WCP _7037_

Current Health Care Insurance Provider: _NO_     Type _____

Location of cards _____

B.P. _148/88_     P _80_     R _16_     T _____     Ht _6'1"_     Wt _287#_

Lung Sounds _Clear - Wheat_

**Are you currently being treated for a health problem?**

| Disease | Yes | No | Disease | Yes | No |
|---|---|---|---|---|---|
| Hepatitis/cirrhosis | Yes | No | Heart Disease | Yes | No |
| Shortness of breath, coughing | Yes | No | Chest Pain | Yes | No |
| Abdominal pain | Yes | No | Asthma | Yes | No |
| High Blood Pressure | Yes | No | Venereal Disease (S.T.D.) | Yes | No |
| Tuberculosis | Yes | No | Diabetes | Yes | No |
| Cancer | Yes | No | Back injury mobility Problem | Yes | No |
| Epilepsy/Seizures/blackouts | Yes | No | Ulcers | Yes | No |
| A.I.D.S. | Yes | No | Other : Explain below | Yes | No |

| Any Past Hospitalizations? | For what? _Yes_ | Where? _Presbitarian_ |
|---|---|---|
| Any Past Operations? | For what? _NO_ | Where? |

**Suicide**

| Have you ever attempted Suicide? | Y | N | When? _10 years_ | How? _shot_ |
|---|---|---|---|---|
| Have you ever considered suicide? | Y | N | When? | Why? |
| Are you now or have you ever been treated for mental health or emotional problems? | Y | N | When? | Where? _Pittsburgh_ — _ACJ_  Inpatient _____  Outpatient _____  Both _____ |

Are you currently on any medications? _Yes_     If , "yes" list on back.

| Pharmacy_____ | Location_____ | Phone_____ |
|---|---|---|
| Physician_____ | Location_____ | Phone_____ |
| Physician_____ | Location_____ | Phone_____ |

*Name of Medication*      *Dose*        *Last given*

Meds ordered for Dr africa

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Do you use drugs?** _WOS_      *Date and time of last use* _week ago_ — APPROX

Type _cocaine_   *Amount* _____ *Frequency* _____ *Mode* _____

Have you ever had withdrawal? _NO_

**Do you use Alcohol?** _Yes_    *Date and time of last use* _Saturday_

Type _____ *Amount* _____ *Frequency* _1-2x wk_ *Mode* _____

Have you ever had withdrawal or D.T.s? _NO_

Have you had a Tetanus Shot _Yes_   *Date of last booster* _Recently_

*Observations: Describe Behavior, general appearance, conduct, obvious mental status, state of consciousness, signs of alcohol or drug withdrawal or any signs or suggestions of suicidal thought or intent. Describe below.*

denies suicidal ideation

*Are there any obvious physical deformities, evidence of physical abuse, or trauma injury. Describe below:*

3- scabbed areas to head — top — (L) forehead + above (L) eyebrow c/o neck pain — Deep bruised & several small scabs Pain- c/o top of (R) Shoulder, (R) ↑ chest & top (R) side Back

| | Y | N | Description |
|---|---|---|---|
| **Females Only Do you have any current gynecological problems** | Y | N | |
| **Are you currently pregnant?** | Y | N | How many Weeks? |
| **Have you recently delivered?** | Y | N | How long ago?     Hospital? |

| Glasses? | Y | Ⓝ | Contacts? | Y | Ⓝ | Dentures/Plates | Y | Ⓝ |
|---|---|---|---|---|---|---|---|---|

**Screener's Signature:** _____    **Date:** 7-10-02

Notes: Multiple c/o pain to head neck (L) & (R) Shoulder + top of back. difficulty getting out of day face bed — ⊖ bruising noted to torso (R) jaw ecchymotic — to be seen at next call in AM

**Nurse's Signature** E Alexander RN    **Date:** 7-10-02    **Time:** 1800