## WASHINGTON COUNTY CORRECTIONAL FACILITY
## FORMAL INMATE GRIEVANCE

**NAME:** CHRIS IRWIN  
**STAFF MEMBER:** Nurse Esther  
**DATE:** 8/21/02  
**P.I.N.**  
**EXACT HOUSING:**  
**PERMANENT # WCP-**

**NATURE OF GRIEVANCE:**

Nurse refuses me motrin/Tylenol. Headache most of the time.

I asked for them on 8/21/02 for a headache and I was refused. Rule Book states,

Generic analgesics are available during medication pass.

I verify that I have presented this grievance to my Housing Officer and the Captain with out resolution.

**INMATE SIGNATURE:** Chris Irwin  
**HOUSING OFFICER SIGNATURE:** Joshua J. Rush

### ANSWER

**DATE:** 8-21-02  
**TIME:**  
**BY:**  
**APPROVAL/DISAPPROVAL:**

**REASON:** The rule of dispensing analgesics during med pass is for ONLY during the Morning pass, and this may be requested by signing up with your C.O. prior to med delivery. For use at times other than Morning you may order them from commissary to use at any time you would like. This week you ordered $34.75 of food products on commissary but NO Tylenol or Motrin. If you want them, you need to order them.

**ADDITIONAL INSTRUCTIONS OR COMMENTS:**

**SIGNATURE:**

### COMPLETION

**I HAVE INSTITUTED THE INSTRUCTIONS PER ABOVE BY:**

**SIGNATURE:**  
**DATE:**  
**TIME:**

EXHIBIT 2