## Motion to Deny Summary Judgement And to Go to Trial

FILED
'07 JAN 10 P3:56
CLERK
U.S. DISTRICT COURT

And now, comes the plaintiff Christopher Irwin pro se, and files the following declarations, medical records, in support of his motion to Deny Summary Judgement.

1. Plaintiff was incarcerated at the Washington County Correctional Facility. And was denied physical therapy in which he was given a prescription for, and gave release papers from hospital to the W.C.C.F. upon arrival.

2. Nurse Esther, Nurse Cheral McGavitt told plaintiff they did not have physical therapy at their facility.

3. Upon plaintiff's arrival at the W.C.C.F. and the physical therapy prescription papers plaintiff provided this facility, plaintiff should not of been admitted into their facility because they did not have proper treatment for him, they had no therapy.

4. Plaintiff's medical records clearly show their was a need for physical therapy.

5. It is clearly obvious that plaintiff was in pain, serious and chronic, that Motrin, Tylenol, or any other over the counter medication would not help. See medical record, on over the counter medications will not help.

6. Plaintiff should not of been forced to buy his medications that would not even help his serious pain, off of commissary.

7. Plaintiff has provided Declarations that shows that the W.C.C.F. clearly does not provide Grievances or help to understand how to file one or an appeal.

8. Plaintiff did what he knew or heard of about filing a grievance. Plaintiff knew nothing about an appeal.

9. Plaintiff's Denial of Physical Therapy was on going from July 10th to October 17, 2002 and suffered severe pain and could not preform any exercises or stretches that the Defendants Breif states, due to the pain.

10. Plaintiff continues to suffer from the incident of the W.C.C.F's Denial of Physical Therapy.

11. Plaintiff sees a Therapist for his Neck and Back and may suffer permanent Damage.

12. Plaintiff Exhausted all Remedies that he knew to be available to him at the time of the incident.

WHEREFORE Plaintiff Requests this Honorable Court to Grant his motion to Deny Summary Judgement and to go to Trial.

By Christopher Irwin

December 29, 2006

Christopher Irwin

IN THE UNITIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER IRWIN,
    PLAINTIFF,

VS.

     DECLARATION

     C.A. No. CA 04-246 ERIE

NURSE 1, et al.
    DEFENDANTS,

CHRISTOPHER IRWIN _____ Here by Declares:

That when I was a new commitment at the Washington County Correctional Facility on Feb 2004 until Feb I was provided with A rule book.   aprox. date 2006
TRUE I WAS ___ FALSE I WAS NOT ✓

1. Upon my new commitment I was provided with an Orientation video that explained the RULES of conduct for the institution, and REGULATIONS COVERING the treatment of prisoners. TRUE I WAS ___ FALSE I WAS NOT ✓

2. While I was commited at the Washington County Correctional Facility I knew that I was allowed to make requests or enter complaints to the Administrator of the jail or to a jail officer, Because this was explaindd to me by a jail officer or employee-counselor of the W.C.C.F. TRUE I KNEW___ FALSE I DID NOT ✓

3. I was provided information in writing or an officer, employee-counselor explained my RIGHTS and OBLIGATIONS to me while I was at the Washington County Correctional Facility. TRUE___ FALSE ✓

4. I was aware of the inmate grievance procedure because a Correctional Officer or Counselor explained the procedure to me, or I knew the procedures were in the rule book. TRUE___FALSE ✓.

5. If I wanted to file a grievance I was able to receive one from the officer on the pod I was on. TRUE I WAS___ FALSE I WAS NOT ✓

6. The only information I knew about grievances was from other inmates talking about them on the Pod. TRUE ✓ FALSE___

7. While I was at the Washington County Correctional Facility I observed Correctional Officers on the Pod at various times while we were locked down get into the MAIL/INSIDE MAIL box when the Officers should not have been removing MAIL from the box. TRUE ✓ FALSE___

8. If I filed a grievance, I knew the procedure when I recieved a response back that I was not satisfied with, which was to file an APPEAL.   TRUE___   FALSE ✓

9. I personally have had problems with the Correctional Officers or Captians at the Washington County Correctional Facility, and I have provided a short response of the problems that was never resolved because I did not know how to try to resolve them, DUE TO LACK OF KNOWLEDGE OR HELP.   NOT APPLY___   OR ✓ SHORT RESPONSE:_____

I was smacked Around by Captain Campbell And Dave? who is A CO in The SHU And They did An internal investigation And said That it was unfounded. This behavior occures All the time At this Facility,

10. While I was an inmate at the Washington County Correctional Facility, I was denied MEDICAL TREATMENT that was necessary for my medical issues.   TRUE I WAS ✓   FALSE I WAS NOT___   NOT APPLY___ in 2004

11. OTHER: Other than The issues before This court I was denied my medications And denied to see A doctor Around Feburary 21st 2006 I went to WCCF from SCI Albion for a Hearing in the courthouse And I had my meds transported with me And they refused to administer them to me, It caused me great pain And I could not think clearly in court Because of my A.D.D. I filed And sent Request slips And asked for A Grievance, And was denied A Grievance

I verify that the statements made in this DECLARATION are true and correct.  I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.§ 4904, relating to unsworn falsification to authorities.

Dated: 11/26/06

Respectfully submitted,
SIGNED by: /s/ Christopher Irwin
PRINT NAME, CHRISTOPHER IRWIN
ADDRESS, 10745 Route 18
Albion, PA. 16475-0002

The Washington County Correctional Facility will not give out Grievances you must fill out Requests and Ask Captians for them And they Deny you A Grievance, I Am told They No Longer Cary Them on the block, when I Asked for one in Feb 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER IRWIN,
    PLAINTIFF,

VS.

DECLARATION

C.A. No. CA 04-246 ERIE

NURSE 1, et al.
    DEFENDANTS.

_Ronald_  _Gallo_  Here by Declares:

That when I was a new commitment at the Washington County Correctional Facility on 7-29-06 (aprox. date) until 9-24-06 I was provided with a rule book.

TRUE I WAS ✓   FALSE I WAS NOT ___

1. Upon my new commitment I was provided with an Orientation video that explained the Rules of conduct for the institution, and REGULATIONS covering the treatment of prisoners. TRUE I WAS ___ FALSE I WAS NOT ✓

2. While I was commited at the Washington County Correctional Facility I knew that I was allowed to make requests or enter complaints to the Administrator of the jail or to a jail officer, because this was explained to me by a jail officer or employee-counselor of the Washington County Correctional Facility. TRUE I KNEW ___ FALSE I DID NOT ✓

3. I was provided information in writing or an officer, employee-counselor explained my RIGHTS and OBLIGATIONS to me while I was at the Washington County Correctional Facility. TRUE ___ FALSE ✓

4. I was aware of the inmate grievance procedure because a correctional officer or counselor-employee explained the procedure to me, or I knew the procedures were in the rule book. TRUE ___ FALSE ✓

5. If I wanted to file a grievance I was able to receive one from the officer on the Pod I was on. TRUE I WAS ___ FALSE I WAS NOT ✓

6. While I was at the Washington County Correctional Facility I observed Correctional Officers on the Pod at various times while we were locked down get into the MAIL/INSIDE MAIL box when the Officers should not have been removing MAIL from the box. TRUE ___ FALSE ✓

7. The only information I knew about grievances was from other inmates talking about them on the Pod. TRUE ✓ FALSE ___

1.

8. If I filed A grievance, I knew the procedure when I received A response back that I was not satisfied with, which was to file an APPEAL. TRUE ___ FALSE ✓

9. I personally have had problems with the Correctional Officers or Captians at the Washington County Correctional Facility, and have provided A short response of the problems that was never resolved because I did not know how to try to resolve them, DUE TO LACK OF KNOWLEDGE OR HELP. NOT APPLY ___ or SHORT RESPONSE:

— I have had problems with officers called me names and said I was faking.

10. While I was an inmate at the Washington County Correctional Facility, I was DENIED MEDICAL TREATMENT that was necessary for my medical issues. TRUE I WAS ✓ TRUE I WAS NOT ___ NOT APPLY ___

11. CLAIM: I was denied medical which lead to three surgeries I had antibiotics IV for 6 weeks & now on Blood thinners for 9 months. I spend 28 days in a hospital due to lack of medical attention at the washington County Jail.

I verify that the statements made in this DECLARATION true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.§ 4904, relating to unsworn falsification to authorties.

Dated: 12/24/06

Respectfully submitted,
SIGNED By: Ronald Gallo
PRINT NAME: Ronald Gallo
ADDRESS: 520 Jefferson Ave #40
Washington Pa. 15301

2

1

# DECLARATION
# RONALD GALLO

<u>August 23-24</u> - got a pimple on left elbow and turned into staff infection. Got put on Antibiotics for 7-10 days

<u>Sept 13</u> - started having slight pain in left knee. As the days went on it got worse

<u>Sept 17-22</u> - started limping and could barely walk

<u>Sept 17</u> - signed up for sick call and motrin. started taking motrin 18th every day.

<u>Sept 19</u> - signed up for sick call to go down on the 20th to see the nurse

☆ I was never seen either times I signed up for a sick call

☆ Friday morning, I couldn't walk. I was taken down for my sick call in a wheelchair. They told me I was fine and to continue with motrin and exercise left knee. I was Already

3

- to walk to my visits from the clinic to processing.

★ When I seen the other doctor he pushed on my knee as I cried & explain my pain to him. He told me that it was probably just something torn in my knee. He then set me up for ex-rays for Sept 28.

Sept 28 - I received my ex-rays and my results came back that there was nothing wrong. They really didn't help me at all, after that because they really thought I was lieing.

★ Comments was made that I just want someone to feel sorry. there is nothing wrong. I just wanted my Gram to feel sorry & sympathy for me is what they had said.

Sept 29 - I was running a very high fever that morning at 8:00 they told me to pack up I was being released for my release date.

5

Wash. Hospital i was sent to UPMC hospital.

Oct. 1 - I received emergency surgery on my left leg. i was cut hip to knee. the infection was the size of a tennis ball. the infection was set in my bone & muscles. the infection was already ate a hole into my bone.

Oct. 1-4 - suffered severe pain. Oct 4th i received a second surgery where the infection was still there. they drilled holes in my bone to get the infection out. antibiotic beads was placed in the hole to kill the infection.

i had a total of 3 surgerys. i am on 3 different antibiotics I.V. on morphine pump. dalola pump. oxicodone

Oct. 11 - I am set to go for another surgery to see if the infection was gone

6.

- I was informed i had developed 3 blood clots on my lungs.

- i was sent home on I.V. antibiotion for 6 weeks & 2 blood clot medication. i am still in a lot of pain. i still have trouble walking.

- i still continue to follow up on doctors appointment & i got to get my blood level checked.

- i still am in constant wary the infection will come back.

I verify that the statements made in this Declaration true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falseification to authories.

Ronald Gallo

12/24/06

Ronald Gallo
1520 Jefferson Ave Tot 410
Washington Pa 15301

# Second inmate staph infection surfaces

## Family of man hospitalized with resistant strain comes forward

By Barbara S. Miller
Staff writer
bmiller@observer-reporter.com

A Canton Township man said Thursday he developed a staph infection while an inmate at the Washington County Jail.

Ronald J. Gallo, 20, a patient at University of Pittsburgh Medical Center, has had surgery twice to remove infected tissue in muscle and bone of his left leg. He expects to have a third surgery next week.

Gallo fears his leg may be amputated. "If I didn't get out of the jail and to the hospital, I could've died," he said Thursday.

Joanne Labriola, an orthopedic surgeon, described Gallo's condition as stable, improving with surgery and antibiotics. She called the possibility of amputation unlikely, but said Gallo had tested positive for methicillin-resistant Staphylococcus aureus, known as MRSA.

Gallo had spent most of the summer in the jail, starting with a June 30 arrest in Peters Township for a traffic stop when marijuana was found in his vehicle.

Judge Paul Pozonsky sentenced Gallo, of 1520 Jefferson Ave., Sept. 7 on a simple assault charge stemming from a fight in June at a Jefferson Avenue restaurant. The judge gave Gallo credit for time served, but his total sentence was to be 3 to 12 months in jail, so he was returned to the jail after entering a guilty plea.

Gallo said he came down with an infection of the elbow in July or August for which he was given an antibiotic.

In mid-September, he had pain in his left leg. His grandmother, Judy Ward, said he was told at the jail that the pain likely came from pulling a muscle while playing basketball.

Gallo reported the problem to the jail, but said he was told to exercise and take an over-the-counter painkiller. He said the pain made him unable to walk.

> "THEY PUT ME IN A LITTLE CELL FOR A WEEK. I WAS CRYING, IN SEVERE PAIN. THEY WOULDN'T DO NOTHING FOR ME."
> WASHINGTON COUNTY JAIL INMATE RONALD J. GALLO

"They put me in a little cell for a week. I was crying, in severe pain. They wouldn't do nothing for me," Gallo said Thursday.

Please see Jail, Page B3

## Jail: Inmate tells story of resistant infection

Continued from Page B1

Running a fever of 99.4 degrees, Gallo was taken to Washington Hospital Sept. 29 and transferred the next day to UPMC.

An article published in the Observer-Reporter Thursday in which the deputy warden said he knew of no one now incarcerated at the county jail who has MRSA prompted Gallo's family members to contact the newspaper. A former county jail inmate sentenced to a state penitentiary said at a parole revocation hearing last week that he also had MRSA.

"Apparently, they're in denial," said Brandy Willard, Gallo's aunt. "It ate a hole right through his femur. They had to drill around that hole, make it bigger and pack it full of antibiotics."

Gallo's mother, Lisa, of Crestwood Drive, said of her son, "He's always been healthy, always."

Ward, said she went to the Washington County commissioners' office twice about her grandson's condition.

"I've went up there pleading, please take him to the emergency room," Ward said.

Deputy Warden Brian Hammett said of Gallo, "I can't comment on any specific inmate." Asked if there were any cases of MRSA at the jail Thursday, Hammett said he hadn't checked.

## Jail gets LexisNexis for inmates

By Barbara S. Miller, Staff writer

Each inmate housing area, or "pod," of the Washington County jail will have access to a computer terminal and software for legal research under a proposal approved Thursday by the Washington County commissioners.

Washington County, like other county jails, is required by law to give inmates an opportunity to assist in their defense of criminal charges.

Nancy Bielawski, county purchasing director, said Wednesday that a LexisNexis software package does not allow inmates access to the Web.

The stand-alone software system will cost the county $17,040 over three years.

"In the old days, you had a law library and you had to actually take the inmates to the law library," said Deputy Warden Bis... Hammett. "You had to buy all the law books – it was outrageous."

The Washington County jail was recognized several years ago by Inside Corrections Technology magazine as the first jail to create a law library.

With the LexisNexis software, the jail will have four licensed copies. "We don't have to even roll the computer around," Hammett said.

Before, with a single unit, jail counselors were responsible for making the computer available to inmates.

With a computer for each pod, the counselors will be able to spend more time working with inmates. Hammett likened them to school guidance counselors, except instead of directing them on which classes to take, the jail counselors discuss treatment programs, meetings with defense attorneys and whether inmates are eligible for work release.

Informed Thursday of Gallo's hospitalization, Commission Co-Chairman Larry Maggi, chairman of the prison board, said, "I'm not aware of that. I'm sure the jail is on top of it. We've not been told of any problems or any need for concern."

## Woman sues jail claiming mistreatment by guards

By Linda Metz, Staff writer
lmetz@observer-reporter.com

A Greene County woman claims mistreatment by guards while being held in Washington County Jail has left her emotionally and physically scarred.

Ashley Paith of Carmichaels, along with her father, Ron Patterson of Cleveland, Ohio, have filed a civil suit against Washington County, the county jail, Warden Joseph Pelzer, and Capt. Michael King.

In the lawsuit, filed May 17, Paith claims that while incarcerated in January 2004 she was denied medications that she needed for her mental stability. She contends she was so repeatedly Maced and thrown to the floor, fracturing her hand when it struck a bed frame. Paith, then 24, was put into a padded disciplinary cell that had no bed and no commode facilities other than an open pipe about eight inches in diameter. The room has a large window displaying the prisoner fully to the guards at the adjacent station, the lawsuit reads.

Upon her release, Paith went to Washington Hospital, where she learned that her hand had been fractured but had healed improperly because of lack of treatment.

Paith claims she was again denied medication when incarcerated in December and thrown into the same disciplinary cell for no reason.

Meanwhile, Patterson claims that he, too, received extended solitary confinement and limited food when he was incarcerated the same time as his daughter. He also contends he was denied work release when he protested against the conditions and objected to treatment of his daughter.

County solicitor Lynn DeHaven was not available Friday for comment.

Ronald Gallo [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER IRWIN,　　　　　　　　)
　　　　PLAINTIFF,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　DECLARATION
　　VS.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　C.A. No. CA 04-246 ERIE
NURSE 1, et al.　　　　　　　　　　)
　　　　DEFENDANTS,　　　　　　　　 )

I, _Dennis Zappi_ Here by Declares:

　　That when I was a new commitment at the Washington County Correctional Facility on _6/17/05_ until _10/27/05_ I was provided with A rule book.　　　aprox. date

　　TRUE I WAS ___ FALSE I WAS NOT _X_

　　Upon my new commitment I was provided with an Orientation video that explained the RULES of conduct for the institution, and REGULATIONS COVERING the treatment of prisoners. TRUE I WAS ___ FALSE I WAS NOT _X_

　　While I was commited at the Washington County Correctional Facility I knew that I was allowed to make requests or enter complaints to the Administrator of the jail or to a jail officer, Because this was explained to me by a jail officer or employee-counselor of the W.C.C.F. TRUE I KNEW ___ FALSE I DID NOT _X_

　　I was provided information in writing or an officer, employee-counselor explained my RIGHTS and OBLIGATIONS to me while I was at the Washington County Correctional Facility. TRUE ___ FALSE _X_

　　I was aware of the inmate grievance procedure because A Correctional Officer or Counselor explained the procedure to me, or I knew the procedures were in the rule book. TRUE ___ FALSE _X_

　　IF I wanted to file A grievance I was able to receive one from the officer on the pod I was on. TRUE I WAS ___ FALSE I WAS NOT _X_ (NOT APPLY)

　　The only information I knew about grievances was from other inmates talking about them on the Pod. TRUE _X_ FALSE ___

　　While I was at the Washington County Correctional Facility I observed Correctional Officers on the Pod at various times while we were locked down get into the MAIL/INSIDE MAIL box when the Officers should not have been removing MAIL from the box. TRUE _X_ FALSE ___

1

8. If I filed A grievance, I knew the procedure when I received A response back that I was not satisfied with, which was to file an APPEAL.    TRUE ___    FALSE X    NOT APPLY ___

9. I personally have had problems with the Correctional Officers or Captians at the Washington County Correctional Facility; and have provided A short response of the problems that was never resolved because I did not how to try to resolve them, DUE TO LACK OF KNOWLEDGE OR HELP. NOT APPLY ___ or X SHORT RESPONSE: I was attacked by an inmate but a certain Captain decided that I needed to be thrown around and treated like I was the threat. This Captain threatened to Mace and Assault me in front of several other inmates. I was put in R.H.U.

10. While I was an inmate at the Washington County Correctional Facility, I was denied MEDICAL TREATMENT that was necessary for my medical issues. TRUE I WAS X    FALSE I WAS NOT ___    NOT APPLY ___

11. OTHER: The guards and Captains do what they want and treat people with no respect. They will beat inmates up and say other inmates attacked said person. There are Counselors who stop by the Pods but won't let inmates talk to them because they don't want to do anything.

I verify that the statements made in this DECLARATION are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.§ 4904, relating to unsworn falsification to authorities.

Dated: 8/3/06

Respectfully submitted,

SIGNED BY: _____
PRINT NAME: Dennis Zappl
ADDRESS: 10745 Route 18,
Albion, PA. 16475-0002

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER IRWIN,
       PLAINTIFF,

VS.                                          DECLARATION
                                             C.A. No. CA 04-246 ERIE
NURSE 1, et al.
       DEFENDANTS,


Jimell East _____ Here by Declares:

That when I was A new commitment at the Washington County Correctional Facility on 2001 until 2002, I was provided with A rule book.           aprox. date

         TRUE I WAS __ FALSE I WAS NOT ✓

1. Upon my new commitment I was provided with an Orientation video that explained the Rules of conduct for the institution, and REGULATIONS covering the treatment of prisoners. TRUE I WAS ✓ FALSE I WAS NOT __

2. While I was commited at the Washington County Correctional Facility I knew that I was allowed to make requests or enter complaints to the Administrator of the jail or to a jail officer, because this was explained to me by a jail officer or employee-counselor of the Washington County Correctional Facility. TRUE I KNEW __ FALSE I DID NOT ✓

3. I was provided information in writing or an officer, employee-counselor explained my RIGHTS and OBLIGATIONS to me while I was at the Washington County Correctional Facility. TRUE __ FALSE ✓

4. I was aware of the inmate grievance procedure because A correctional officer or counselor-employee explained the procedure to me. or I knew the procedures were in the rule book. TRUE __ FALSE ✓

5. If I wanted to file A grievance I was able to receive one from the officer on the Pod I was on. TRUE I WAS ✓ FALSE I WAS NOT ✓
                                                              JE

6. While I was at the Washington County Correctional Facility I observed Correctional Officers on the Pod at various times while we were locked down get into the MAIL/INSIDE MAIL box when the Officers should not have been removing MAIL from the box. TRUE ✓ FALSE __

7. The only information I knew about grievances was from other inmates talking about them on the Pod. TRUE __ FALSE __

1.

8. If I filed A grievance, I knew the procedure when I received A response back that I was not satisfied with, which was to file an APPEAL. TRUE ___ FALSE ✓

9. I personally have had problems with the Correctional Officers or Captians at the Washington County Correctional Facility, and have provided A short response of the problems that was never resolved because I did not know how to try to resolve them, DUE TO LACK OF KNOWLEDGE OR HELP. NOT APPLY ___ or SHORT RESPONSE:

- The CO's would joke about my leg and make me do things that were nearly impossible due to my disability.

10. While I was an inmate at the Washington County Correctional Facility, I was DENIED MEDICAL TREATMENT that was necessary for my medical issues. TRUE I WAS ✓ FALSE I WAS NOT ___ NOT APPLY ___

11. OTHER: I was not aloud on the regular block because of my artificial leg, and they denied me use of the Law Library because it was on the regular block and I was forced to stay in the clinic.

I Verify that the statements made in this DECLARATION true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.§ 4904, relating to unsworn falsification to authorties.

Dated: 12/07/06

Respectfully submitted,
SIGNED BY: Jimell East
PRINT NAME: OJimell East
ADDRESS: 10745 Route 18
Albion PA 16475-0002

IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER IRWIN,            )
          PLAINTIFF,          )
                              )
                              )      DECLARATION
     VS.                      )
                              )      C.A. No. CA 04-246 ERIE
                              )
NURSE 1, et al.               )
          DEFENDANTS,         )

Monte   Costa II   Here by Declares:

That when I was a New commitment at the Washington County Correctional Facility on  2001  until  2002  I was provided wi A rule book.   aprox.   date

TRUE I WAS __   FALSE I WAS NOT X

Upon my new commitment I was provided with an Orientation v: that explained the RULES of conduct for the institution, and REGUL COVERING the treatment of prisoners. TRUE I WAS __ FALSE I WAS NO

While I was commited at the Washington County Correctional Facility I knew that I was allowed to make requests or enter compl to the Administrator of the jail or to a jail officer, Because thi was explained to me by A jail officer or employee-counselor of the W.C.C.F. TRUE I KNEW __ FALSE I DID NOT X

I was provided information in writing or an officer, employee counselor explained my RIGHTS and OBLICATIONS to me while I was at the Washington County Correctional Facility. TRUE __ FALSE X

I was aware of the inmate grievance procedure because A Correctional Officer or Counselor explained the procedure to me. or I knew the procedures were in the rule book. TRUE __ FALSE X

IF I wanted to file A grievance I was able to receive one fr the officer on the pod I was on. TRUE I WAS __ FALSE I WAS NOT X

The only information I knew about grievances WAS from other inmates talking about them on the Pod. TRUE X FALSE __

While I was at the Washington County Correctional Facility I observed Correctional Officers on the Pod at various times while w were locked down get into the MAIL/INSIDE MAIL box when the Office should not have been removing MAIL from the box. TRUE X FALSE __

1

8. If I filed A grievance, I knew the procedure when I received A response back that I was not satisfied with, which was to file an APPEAL. TRUE ___ FALSE ___ NOT APPLY _X_

9. I personally have had problems with the Correctional Officers or Captians at the Washington County Correctional Facility; and have provided A short response of the problems that was never resolved because I did not how to try to resolve them, DUE TO LACK OF KNOWLEDGE OR HELP. NOT APPLY ___ or _X_ SHORT RESPONSE: I was assulted while in the Rhu. The officer involved made it a point to physically harm me. They beat my head off the wall, Drug me around by my handcuffs and threw me in my cell. They also trased my mattress, sheets, blanket and uniform

10. While I was an inmate at the Washington County Correctional Facility, I was denied MEDICAL TREATMENT that was necessary for my medical issues. TRUE I WAS _X_ FALSE I WAS NOT ___ NOT APPLY ___

11. OTHER: _____
_____
_____
_____
_____
_____

I Verify that the statements made in this DECLARATION are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.§ 4904, relating to unsworn falsification to authorities.

Dated: 7/3/06

Respectfully submitted,

SIGNED BY: _____
PRINT NAME: Monte L. Costa Eniss22
ADDRESS: 10745 Route 18,
Albion, PA. 16475-0002

# CERTIFICATE OF SERVICE

I CHRISTOPHER IRWIN, PRO SE. hereby certify that a true and correct copy of the foregoing MOTION TO Deny Summary Judgement, MOTION For Appointment of counsel, And Decelarations has been served by First Class mail, postage pre paid, upon the following parties on this 29th Day of December, 2006.

United States District Court
Po Box 1820
ERIE, PA. 16507

Edmond R. Joyal
Esquire
975 Two Chatham Center
Pittsburgh, PA. 15219

By. Christopher IRWIN
10745 Route 18
ALBION PA. [illegible]
16475-0002