NURSE TETS, AL
Defendants

IRWIN PLAINTIFF

NO CA-04-246 ERIE

FILED
'07 JAN 10 P3:51
CLERK
US DISTRICT COURT

MOTION FOR APPOINTMENT OF COUNSEL FOR DISCOVERY AND TO CONTINUE ON TO TRIAL

AND NOW this 29th day of December 2006 comes the petitioner acting pro se and petitions this Honorable Court to appoint counsel unto him petitioner avers the following:

1. Plaintiff is in need of counsel to help prepare the case before this court.

2. Plaintiff is a layman in the study of law and has a disability "ADD" that impares his comprehending, and cannot understand how or what to file in this current case to be able to continue on.

3. Plaintiff has evidence, declarations and medical records that if presented clearly would show that the WCCF denied him the medical attention that was required from July 10th to October 17th 2002, physical therapy.

WHEREFORE plaintiff prays this Honorable Court to appoint counsel unto him so that he may proceed in this matter. Dated December 29th 2006

Christopher Irwin

```
---------------------------------------------------------------------------
 MARS      University of Pittsburgh Electronic Medical Records System    MARS
---------------------------------------------------------------------------
  Name .............  IRWIN CHRISTOPHER D
  MRN ..............  202549085 PUH
  Physician ........  Ricard Townsend, M.D.
  Report Type ......  Discharge Summary
  Date of Event ....  07/08/02
  Date of Birth ....  03/27/1973
  Patient Status ...  I
  Last Adm Date ....  07/08/02
  Last Disch Date ..  07/08/02
  SP# ..............  020724113828MEDQUIS3
  Authored by ......  Umamahesh Duvvuri, M.D.
  Account # ........  0201851042188
  Hosp/Group .......  PUH
---------------------------------------------------------------------------
  WARNING! You must protect this document as confidential medical record
           information. Please handle, store, and dispose appropriately.
---------------------------------------------------------------------------
```

HISTORY OF PRESENT ILLNESS:

The patient is a 29-year-old male who was an unrestrained driver with a positive ethanol blood level who was involved in a fatality car wreck. He presented to the Emergency Department with C3-C4 tenderness and chest tightness. He also had upper thoracic tenderness in particular. The patient also had a positive test for cocaine, as well as a history of exploratory laparoscopy in the past for a prior gunshot wound.

His workup in the Emergency Department was essentially negative, which included a CT scan of his cervical spine C1 through C2 which was negative. CT scan of head, CT scan of his chest and CT scan of his abdomen were all negative. C-spine series was negative preliminarily. Abdominal x-ray was negative. Chest x-ray was also negative preliminarily. TOS films were also negative. The patient removed his own collar himself before the C-spine was completely cleared medically.

HOSPITAL COURSE:

The patient had a medical hospital course where his diet was advanced as tolerated. Psychiatry was consulted when the patient complained of having a "nerves" problem. They recommended that he be discharged with a taper of Zoloft leading up to 100 mg p.o. q. day after a course of 20 days taper going from 12.5 up to 100 mg; that was, 12.5 for four days, 25 for four days, 50 at four days, and then 100 mg per day p.o.

The patient also had films of his right and left shoulders to rule out any fractures, and those films were also read as negative.

The patient was seen by Physical Therapy who recommended rehabilitation in both the inpatient and outpatient settings. The patient was discharged with prescription for this.

The patient was discharged from the hospital in stable condition.

/

DISCHARGE DIAGNOSIS:

LEVEL TWO TRAUMA.

DISCHARGE DIET:

The patient has a diet that is regular.

DISCHARGE ACTIVITY:

The patient has no restrictions of walking, sitting, school, work, or sexual activity. The patient was advised not to engage in heavy lifting, driving, or strenuous activity until he had undergone physical therapy.

DISCHARGE INSTRUCTIONS:

The patient was discharged with instructions to return to clinic should he experience numbness, pain or tingling, or paralysis of his hands or extremities, or for shortness of breath, chest pain, fever, chills, nausea, vomiting, headaches, or other constitutional symptoms not relieved by over-the-counter medications.



Ricard Townsend, M.D.

Dictator: Umamahesh Duvvuri, M.D.

UD/790
D:  07/08/2002
T:  07/12/2002 11:38
Job #: 22305

# UPMC HEALTH SYSTEM

**PATIENT DISCHARGE INSTRUCTIONS**
**MEDICATION SCHEDULE**

Signature: _M. Gorbachinsky_

Signature: _A Maryxxxxx_ Patient/Significant Other

Date: 7-8-02

```
202 54 9085    PUH G0819 01
IRWIN, CHRISTOPHER D
DR. TOWNSEND, RICARD N GNS
020185104 2188 07/07/02
787 REGENT DRIVE
WASHINGTON PA 15301 RUN M
724 225 9144 03/27/73 29Y
PRIVATE PAY
```

IRWIN, CHRISTOPHER
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

| Medication Name Dose / Schedule | Times to Take Medications | | | | | | | Next Dose Due | Prescription Given | Medication Sheet Given | Side Effect/Food/Drug Interaction / Comments (If additional to med sheet) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Percocet (illegible) every 4-6° for pain | | | | | | | | | | | |
| Ativan 1mg po three times a day | | 09 | 14 | 22 | | | | | | | |
| 20 of +12.5 mg po q every AM x 4 days then | | | | | | | | | | | |
| 25mg po every AM x 4 days then | | | | | | | | | | | |
| 50 mg po (illegible) | | | | | | | | | | | |
| 100 mg (illegible) every (illegible) | | | | | | | | | | | |
| (illegible) | | | | | | | | | | | |
| (illegible) | | | | | | | | | | | |
| (illegible) | | | | | | | | | | | |
| follow | | | | | | | | | | | |

| ALLERGY | REACTION | ALLERGY | REACTION |
|---|---|---|---|
| | X | | |

0719-01-U FORM 1626-2940-0497 ITEM 05410

**CHART/PATIENT COPY**

Name: Irwin, Christopher   Medical Record No. IRWIN, CHRISTOPHER 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   Admission Date: 7/7/02

## PATIENT OUTCOME FLOWSHEET

Reason for admission _____

Height _____ cm  Weight _____ kg  T _____ oC  P _____  R _____  BP _____ (R) or (L)

| EXPECTED OUTCOMES | DATE: 7/7 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TIME 0515 2055 | | | | | | | | | |
| **PSYCHOSOCIAL/MENTAL/EMOTIONAL ASSESSMENT** Affect appropriate for situation. Initiates conversation. Makes eye contact. Asks appropriate questions about hospitalization, procedures, etc. Anxiety level does not interfere with ability to follow direction. PSN ___ | * | * | → | | | | | | | |
| **NEUROLOGICAL ASSESSMENT** Alert and oriented to person, place and time. Behavior appropriate to situation. Symmetry of strength of all extremities. No parathesia. Verbalization clear and understandable. PSN | * | * | → | | | | | | | |
| **CARDIOVASCULAR ASSESSMENT** Regular pulse. Peripheral pulses palpable. No calf tenderness. No claudication. Blood pressure within patient's normal limits. Afebrile. PSN ___ | ✓ | ✓ | | | | | | | | |
| **RESPIRATORY ASSESSMENT** Resp. 10-20/min. @ rest. Rep. quiet & regular. Breath sounds vesicular through both lung fields, bronchial over major airways with no adventitious sounds. Sputum clear and/or absent. Nailbeds & mucous membranes pink. PSN ___ | ✓ | ✓ | | | | | | | | |
| **GASTROINTESTINAL ASSESSMENT** Abdomen soft, bowel sounds active (5-34/min.) No pain with palpation. Tolerates prescribed diet without nausea & vomiting. Having stools within own normal pattern and consistency. PSN | ✓ | ✓ | | | | | | | | |
| **GENITOURINARY ASSESSMENT** Able to empty bladder on own without difficulty. Urine clear & yellow to amber. No incontinence, dribbling, hematuria, dysuria, frequency. PSN ___ | * | * | → | | | | | | | |
| **HEENT ASSESSMENT** Face symmetrical. Absence of nasal/ear/neck drainage. Trachea midline. Swallowing without coughing or choking on liquids and solids. Does not require assistive devices for vision or hearing. PSN ___ | ✓ | ✓ | | | | | | | | |
| **INTEGUMENTARY ASSESSMENT** Skin color within patient's norm. Skin warm, dry & intact. Mucous membranes moist. No skin breakdown. If wound present, is clean, dry & intact with edges well approximated, no evidence of wound infection. *Pt. NOT at high risk for breakdown. (If patient at risk or status changes during hospitalization implement measures found in Practice Guidelines for Patients at Risk for Skin Breakdown). Braden Scale Score ___ (To be done Q Monday) PSN ___ | * | * | | | | | | | | |
| **MUSCULOSKELETAL ASSESSMENT** Absence of joint swelling & tenderness. Normal ROM of all joints. No muscle weakness. Surrounding tissues free of erythema or pain. Ambulates without assistance. Pt. NOT at high risk for falls (If patient at risk OR becomes HIGH RISK during hospitalization,implement protective measures found in Practice Guidelines for Patients at Risk for Falls). PSN ___ | * | * | → | | | | | | | |
| **NEUROVASCULAR ASSESSMENT** Bilateral extremities are pink in color, warm & movable. Capillary refill times < 3 seconds. No edema to extremities. Sensation intact without numbness or tingling. PSN | ✓ | ✓ | | | | | | | | |
| **VASCULAR ASSESS** Insertion site without sins of infection or infiltration. Catheter patent and dressing intact. Blood return present and flushes without difficulty. (If no access - write N/A.) (Peripheral site to be changed q 3 days UNLESS extended by an MD order.) PSN _Hep Lac_ | ✓ | ✓ | | | | | | | | |
| **PAIN ASSESSMENT** Without pain or experiencing pain that is managed effectively. PAIN SCORE (Write the score in the box to the right) (no pain) 0 1 2 3 4 5 6 7 8 9 10 (worst pain ever) PSN ___ | 10 / 10 | X | X | | | | | | | |
| **SPIRITUAL ASSESSMENT** Demonstrates ability to cope with hospitalization/treatment and illness in a reasonable manner. Expressed religious needs are being met. | ✓ | ✓ | | | | | | | | |
| **EDUCATIONAL ASSESSMENT** Patient and/or significant others demonstrate comprehension or patients' disease process, treatments and discharge plans. Asks questions relevant to health process. | ✓ | ✓ | | | | | | | | |
| **INITIALS** | Bm | V | | | | | | | | |

Directions: Place a check mark (✓) in the column corresponding to the system assessment if the patient assessment findings have met the described parameters. Document Patient Specific Normal (PSN) findings on the line provided in each parameter box. PSN = findings that will not change and are baseline for patient. These findings now become part of the patient's normal assessment and will not be noted as abnormal with each assessment. Place an asterisk (*) in the column if a significant finding is identified and requires further elaboration in the "Significant Findings" section. An arrow (→) indicates that the status remains unchanged from the previous asterisk entry. Patient will be assessed each shift, with reassessment as necessary.

3256-02-U    FORM 4153-0000-0400



# UPMC HEALTH SYSTEM
## PATIENT ASSESSMENT

```
202 54 9085  FUH G0819 01
IRWIN, CHRISTOPHER D
DR. TOWNSEND, RICARD N GNS
020185104 2188 07/07/02
787 REGENT DRIVE
WASHINGTON  PA 15301  RUN M
724 225 9144  03/27/73  29Y
PRIVATE PAY
```

IMPRINT PATI  IRWIN, CHRISTOPHER
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

ADMISSION ASSESSMENT COMPLETED BY:
RN SIGNATURE: _Bonnie Nussawen_
DATE/TIME: _7/7/02_ / _0515_
INFORMATION OBTAINED FROM: _pt_

### EDUCATIONAL NEEDS
Check any of the following that may serve as a barrier to learning:
☐ Visual impairment   ☐ Hearing impairment   ☐ Physical limitations   ☐ Fear/Anxiety   ☐ Learning disability   ☐ Religious beliefs
☐ Cultural/Lifestyle beliefs  ☐ Communication   ☐ Language (specify) _____   Is an interpreter needed?  ☐ Yes  ☐ No
Name of interpreter: _____   Phone number of interpreter: _____
If barriers are present, describe methods used to overcome _Ø_
What is the easiest way for you to learn? (Check all that apply)
☒ Printed material   ☒ Verbal explanation   ☐ Audio-tape   ☒ Video   ☒ Demonstration   ☒ Individual Instruction
☐ Group Instruction   ☐ Other _____
While you are in the hospital, check the areas that you would like to learn about.
☐ Illness for which you are hospitalized   ☐ Signs and symptoms of illness   ☐ Tests/Procedures   ☐ Medications
☐ Side effects of medications   ☐ Special Diet   ☐ Activity Restrictions   ☐ Incisional/Wound care
☐ Other _____
Other persons requiring these instructions: Name: _____   Relationship: _____
What was your highest level of education?   ☐ Grade School   ☐ High School _11th grade_   ☐ College   ☐ Other _____
Have you attended any pre-admission classes?  ☐ Yes  ☐ No
IF YES, Date: _____   Topic: _____
Describe your readiness for learning/education:
☒ Receptive/willing to learn   ☐ Not able to concentrate   ☐ Not interested at this time   ☐ Overwhelmed/frightened

### PAIN ASSESSMENT
Do you have pain now?  ☒ Yes  ☐ No
Have you experienced pain in the past week?  ☐ Yes  ☒ No
IF "Yes" is answered continue with the following:
Location: _neck, ① shoulder_
Quality (use patient's words to describe) _Sharp_
Intensity of pain: (select one -- 0 1 2 3 4 5 6 7 8 9 10)
_____ at rest  _____ with activity (describe) _>10/10_
Onset and duration of pain: _Since the accident_
Patterns associated with the pain (continuous or intermittent)? _Constant_
Aggravating factors: _mvmt_
Alleviating factors (include medications): _MSO4, Toradol_
Associated symptoms: _anxiety, nausea, dizzy_
Does the pain affect sleep, appetite, activity, concentration, emotions, relationships, other effects (describe)?
Present pain management regimen: _MSO4, Toradol_
Is this regimen effective?  ☐ Yes  ☒ No
Physical exam/observation of the pain site: _Anxious, Moaning, Yelling Cont in C-spine_

Patient's pain management goal: _pt will have tolerable pain prior to D/C_

3256-01-U   FORM 4152-0000-0400   ITEM 55014

140-04-02

CHART COPY - THIS MUST REMAIN IN CHART

 **UPMC HEALTH SYSTEM**

## PHYSICIAN'S ORDER SHEET

AUTHORIZATION IS GIVEN TO THE PHARMACY TO DISPENSE AND TO THE NURSE TO ADMINISTER THE GENERIC OR CHEMICAL EQUIVALENT WHEN THE DRUG IS FILLED BY THE PHARMACY OF PRESBYTERIAN UNIVERSITY HOSPITAL OR MONTEFIORE UNIVERSITY HOSPITAL - UNLESS THE PRODUCT NAME IS CIRCLED.

```
202 54 9085  PUH G0819 01
IRWIN, CHRISTOPHER D
DR. TOWNSEND, RICARD N GNS
020185104 2188-07/07/02
787 REGENT DRIVE
WASHINGTON  PA 15301 RUM M
724 225 9144 03/27/73  29Y
PRIVATE PAY

                IRWIN, CHRISTOPHER.
IMPRINT PATIENT  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
```

| DATE | TIME | ORDERS |
|---|---|---|
| 7/7/02 | 10:30 AM | ® Adv diet to clear when pt cleared of C-spine. MSO₄ 2mg q 2-4h prn pain or more / Morin? O/Mo—.  M. Du—  HBarati 7/7/2 1130 A |
| | | M. Gorbachinsky 7-7-02 1145 |
| 7/8/02 | | ✓ D/C Abx  ✓ ADAT - ? ... IC  ✓ PT/OT IC  ✓ Hep Lock IV when tol PO's  ✓ Percocet i-ii q 4-6h p.o. prn pain  ✓ Vioxx 25 mg PO QD  ✓ D/C MSO₄  D/C CTLS.  ✗ consult → anxiety s/p trauma |
| HBarati 7/8/2 9:45 A (called) | | M. Drwn 7576  M. C... 7-8-02 1010 |

0031-01-U  FORM 1973-4040-0995  ITEM 05245

PHYSICIAN MAKE SURE WHITE COPY & NUMBER SHOW THROUGH HOLE BEFORE WRITING DR JG ORDER

140-04-02

CHART COPY - THIS MUST REMAIN IN CHART

**UPMC HEALTH SYSTEM**

UNIVERSITY OF PITTSBURGH MEDICAL CENTER

IRWIN, CHRISTOPHER
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

## PHYSICIAN'S ORDER SHEET

```
IRWIN, C.
202 54 9085  PUH G0819 01
IRWIN, CHRISTOPHER D
DR. TOWNSEND, RICARD H GHS
020185104 2188 07/07/02
3832 REGENT DRIVE
  INGTON  PA 15301  RUR H
2 25 9144  03/27/73  29Y
  PRIVATE PAY
```

AUTHORIZATION IS GIVEN TO THE PHARMACY TO DISPENSE AND TO THE NURSE TO ADMINISTER THE GENERIC OR CHEMICAL EQUIVALENT WHEN THE DRUG IS FILLED BY THE PHARMACY OF PRESBYTERIAN UNIVERSITY HOSPITAL OR MONTEFIORE UNIVERSITY HOSPITAL - UNLESS THE PRODUCT NAME IS CIRCLED.

IMPRINT PATIENT IDENTIFICATION PLATE HERE

| DATE | TIME | ORDERS |
|---|---|---|
| 7/8/02 | | D/C to home |
| | | Level 2 Trauma |
| | | Stable |
| | | Allergies: NKDA |
| | | Activity: as tolerated; ∅ heavy lifting, ∅ driving minimize strenuous activity until follow up. |
| | | Diet: Regular |
| | | Meds: Vioxx 25 mg po QD |
| | | Percocet 5mg i-ii tabs. p.o. q 4-6h prn pain |
| | | Ativan 1 mg p.o. tid. |
| | | Zoloft 12.5 mg PO QAM x4d |
| | | Zoloft 25 mg PO QAM x4d |
| | | Zoloft 50 mg PO QAM x4d |
| | | Zoloft 100 mg PO QAM |
| | | Special: Follow up in Clinic as needed |
| | | RTED for fever, chills, SOB, CP, HA, arm numbness, coldness or paralysis |

0031-01-U  FORM 1973-4040-0995  ITEM 05245

M. Dunn MD

PHYSICIAN: MAKE SURE WHITE COPY & NUMBER SHOW THROUGH HOLE BEFORE WRITING DRUG ORDER.

M. Greachino 7-8-02 18:30

**UPMC HEALTH SYSTEM**

☒ PUH  ☐ SSH
☐ MUH  ☐ BDK
☐ WPIC ☐ BVH
☐ OTHER _____

## OCCUPATIONAL THERAPY ASSESSMENT

```
202 54 9085   PUH G0819 01
IRWIN, CHRISTOPHER D
DR. TOWNSEND, RICARD N GNS
020 185104 2188 07/07/02
787 REGENT DRIVE
WASHINGTON  PA 15301 RUN H
724 225 9144 03/27/73  29Y
PRIVATE PAY
                    IRWIN, CHRISTOPHER
IMPRINT             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
```

### Upper Extremity Function:

**Dominance:** ☒ Right  ☐ Left

| | Left | | | | | Right | | | |
|---|---|---|---|---|---|---|---|---|---|
| | active | active-assist | passive | | | active | active-assist | passive | |
| Shoulder: | ☐ WFL | ☐ Limited | ☒ N/A | NT /5 MMT | Shoulder: | ☐ WFL | ☐ Limited | ☒ N/A | NT /5 MMT |
| Elbow: | ☒ WFL | ☐ Limited | ☐ N/A | _/5 MMT | Elbow: | ☒ WFL | ☐ Limited | ☐ N/A | _/5 MMT |
| Wrist: | ☒ WFL | ☐ Limited | ☐ N/A | _/5 MMT | Wrist: | ☒ WFL | ☐ Limited | ☐ N/A | _/5 MMT |
| Digits: | ☒ WFL | ☐ Limited | ☐ N/A | 4/5 lbs grip | Digits: | ☒ WFL | ☐ Limited | ☐ N/A | 4/5 lbs grip |
| Tone: | ☒ normal | ☐ increase | ☐ decreased | | Tone: | ☒ normal | ☐ increase | ☐ decreased | |

**Coordination:**

| | Left | | | Right | | |
|---|---|---|---|---|---|---|
| Alternating Movement: | ☒ intact | ☐ impaired | | ☒ intact | ☐ impaired | |
| Serial opposition: | ☒ intact | ☐ impaired | | ☒ intact | ☐ impaired | |
| Gross Motor: | ☐ intact | ☒ impaired | | ☐ intact | ☒ impaired | |

**Sensation:**

NO C10 ☒
(L) hand 4th & 5th dgt numbness.

| | Left | | | Right | | |
|---|---|---|---|---|---|---|
| Light Touch: | ☐ intact | ☐ impaired | | ☐ intact | ☐ impaired | |
| Sharp/Dull: | ☐ intact | ☐ impaired | | ☐ intact | ☐ impaired | |

**Comments:** ⓑ shoulder pains @ 2° ↑ pain č ROM ? fx.

### Splinting/Positions Needs:

☒ none indicated    ☐ indicated, fitted with: _____

**Comments:**

### ADL Status:

FIM Level:   1 total depend   2 extensive   3 assist   4 limited assist   5 supervision   6    7 independent
MDS Level

| Activity | Total Dependence | Max Assist | Mod Assist | Min Assist | Supervision Set-up | Modified Independence | Complete Independence | Not Applicable |
|---|---|---|---|---|---|---|---|---|
| Feeding | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| Grooming NT 2° shoulder pain / back pain | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Dressing-UE ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Dressing-LE ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Toileting @ urinal | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Bathing NT | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Transfers-Sit/Stand | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| Transfers-Bed/Chair | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| Transfers-Toilet } NT | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Transfers-Tub | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Bed mobility | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Sitting balance   static | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| dynamic | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| Standing balance  static | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| dynamic | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

_____ Pastor _____ OTR/L   DATE 7-8-02
(See abbreviations on back)

WHITE – MEDICAL RECORDS COPY    CANARY – OT COPY

0129-02-U    FORM 1166-2960-0999B    ITEM 05322

# UPMC HEALTH SYSTEM

## MEDICATION ADMINISTRATION RECORD
(Check Box to Identify Type of Sheet)

☐ **A SHEET:** ROUTINE: PO/IM/SQ/PR/NG/MEDS, Including sliding scale, tapering PO meds

☐ **B SHEET:** ROUTINE: Intermittent IV/Epidural Meds

☒ **C SHEET:** STAT/ONE-TIME/PRN IV/PO/IM/SQ/PR/NG MEDS

```
202 54 9085  PUH G0819 01
IRWIN, CHRISTOPHER D
DR. TOWNSEND, RICARD N GNS
0201851042188 07/07/02
797 REGENT DRIVE
WASHINGTON  PA 15301  RUN M
724 225 9144  03/27/73  29Y
PRIVATE PAY

IRWIN, CHRISTOPHER
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
```

ALLERGIES: NKDA

| INITIALS | SIGNATURE AND TITLE | INITIALS | SIGNATURE AND TITLE | INITIALS | SIGNATURE AND TITLE |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| START / RENEW | STOP / STOP | DRUG - DOSE ROUTE - FREQUENCY | SCHEDULE 0000-0730 | 0731-1530 | 1531-2359 | INIT BY R.N. | TIME SITE/INITIALS DATE: 7/7 | TIME SITE/INITIALS DATE: 7/8 | TIME SITE/INITIALS DATE: 7/9 |
|---|---|---|---|---|---|---|---|---|---|
|  |  | CHECK ID BAND Q SHIFT |  |  |  |  |  |  |  |
| 7/8 |  | Percocet II PO Q4-6° PRN |  |  |  | MB |  | 1000 MB / 1945 MB / 1245 MB |  |
| 7/8 |  | Percocet I PO Q4-6 PRN |  |  |  |  |  |  |  |
| 7/7 |  | MSO4 2 mg IV Q2-4° PRN |  |  |  | MB | 1040 / 1230 / 1430 / 1630 |  |  |
| 7/7 |  | MSO4 1 mg IV Q4-6° PRN |  |  |  |  |  |  |  |
| 7/7 |  | MSO4 2 mg IV Q4-6° PRN |  |  |  |  | 0445 / 0810 / 0820 |  |  |
|  |  | MAR VERIFICATION |  |  |  |  |  |  |  |

SITE CODES: (A) R - ARM  (B) L - ARM  (C) R - THIGH  (D) L - THIGH  (E) ABDOMEN
(F) R - UPPER QUADRANT  (G) L - UPPER QUADRANT  (H) R - LOWER QUADRANT
(I) L - LOWER QUADRANT  (J) R - VENTRAL QUADRANT  (K) L - VENTRAL QUADRANT

LEGEND CODES: MEDICATION NOT GIVEN  (L) Blood Pressure  (M) Patient absent from floor
(N) Nausea/Vomiting  (O) Unable to take PO  (P) See patient document record
(Q) See special care flow sheet  (R) Patient refused  (S) Medication non-formulary
(T) Heart rate  (U) On dialysis  (V) Infiltrate  (X) Tubing changed

3266-01-U   FORM 4162-0000-1099   ITEM 55008

7/8/02: D/C CTLS prec.

**UPMC HEALTH SYSTEM**

NKDA
Meds rev.
Adv. Dir: NO

☑ PUH ☐ MUH ☐ OTHER: _____

# PHYSICAL THERAPY PRE OR POST-OP GAIT ASSESSMENT

```
202 54 9085    PUH G0819 01
IRWIN, CHRISTOPHER D
DR. TOWNSEND, RICARD N GNS
020185104 2188  07/07/02
787 REGENT DRIVE
WASHINGTON  PA 15301  RUN H
724 225 9144  03/27/73  29Y
PRIVATE PAY
```
IMPRINT PATIENT IDENTIFICATION HERE

☑ Inpatient   ☐ Outpatient   ☐ Other: _____

Dx/PMH/Other: 29 y/o ♂ adm 7/7/02 ṗ MVC ⊕ ETOH/cocaine unrestrained driver. (1 fatality in accident).

Physician Orders: PT/OT  7/8/02                                Referring Physician: illeg.  attn: Townsend

**SUBJECTIVE**  Home Situation: c̄ family, mom @ 8hrs/day 7days/wk · (L) PTA · mobile home 3STE c̄ rail

Prior use of crutches:  ☐ Yes  ☐ No  N/AP ☑                     C/O's pain: ☑ Yes  ☐ No   Location: (B) shoulders & chest

**MENTAL STATUS**                                                **INSPECTION**
*PREC* ? shoulder fx (R) → phone MD to check · 7-11 pain        PMH: GSW to abdomen s/p laparotomy
       soft tissue vs fx.    (B) shoulders, ↓ AROM              Vitals: HR 78 BP 148/90  min 74 BP 168/84

☑ alert    oriented to: ☑ person  ☑ place  ☑ time  ☑ cooperative   sensation: no gross deficits to note to lt. touch t/o x4 ext.

aware of dx:              ☑ Yes  ☐ No  ☐ N/A                    ROM: poor UEs, WFL (B) LE
aware of prognosis:       ☑ Yes  ☐ No  ☐ N/A                    Inspect: unremarkable - facial laceration.
able to follow 1 step commands: ☑ Yes  ☐ No  ☐ N/A

**RANGE OF MOTION**

Uninvolved Extremities: (B) UE WFL c̄ AROM t/o c̄ exception to B/L UE @ shoulders. minimal AROM (B) ⊕ pain (L) worse than (R).
Involved Extremities: WNL t/o (B) LE c̄ AROM.

**STRENGTH**

Uninvolved Extremities: grossly ≥ 3/5 t/o x4 ext c̄ exception to (B) shoulder mm groups ~ 2-/5.
Involved Extremities:

**FUNCTIONAL**

Transfers  bed mob: min (A)         sup ↔ sit: mod (A)          Comments (Gait Deviations): Rigid gait. slightly unsteady.
-Sit to stand         I   SUP  CS  (MIN)  MOD  MAX  N/A  N/AP   ↓ step length, velocity, BOS. Fair ⊖ gait sequencing.
-Wheelchair to mat  I   SUP  CS  MIN   MOD  MAX  (N/A) N/AP    Ø UE swing. Arms guarded 2° shoulders & chest pain.
-Wheelchair to bed  I   SUP  CS  (MIN)  MOD  MAX  N/A  N/AP
Ambulation
-Level              I   SUP  CS  (MIN)  MOD  MAX  N/A  N/AP
-Stairs             I   SUP  CS  MIN   MOD  MAX  (N/A) N/AP    Patient given crutches:         ☐ Yes  ☑ No
-Ramps              I   SUP  CS  MIN   MOD  MAX  N/A  (N/AP)   Patient given home instructions: ☐ Yes  ☑ No
Ass't. Device: Ø UE guarded & close  Distance: 1x20'            Education: PT role, POC, D/C rec, safety
               to body
WB Status: FWB (B) LE  NWB  TDWB  PWB  WBAT                    Rehab. Pot: good
Other: PT problems: ↓ transfers, ↓ gait, ↑ pain, ↓ UE fxn/mobility
D/C Rec: short acute rehab stay

**ASSESSMENT: PROBLEMS AND GOALS AND PLAN OF CARE**

☐ Goal of independent gait training achieved, PT d/c'd
☑ Comments: Pt to be seen QD 5x/wk c̄ max (I) for D/C to home p̄ short rehab stay. STGs (1wk) ① (S) c̄ bed mob.
② min (A) c̄ sup ↔ sit ③ (S) c̄ sit ↔ stand. ④ amb ≥ 200' S(A) ⑤ ↑ shoulder AROM (B) to WFL · ⑥ ↓ pain %
by 50%. LTGs: PLUF/(R)

Pt goal: "I can't go home. I want to stay 1 more day!"

Physical Therapist Signature: _MA Berry/MSPT_                   Title: PT
Date: 7/8/02        Time: Ø Ø        Pager no: 6472

**PHYSICAL THERAPY PRE OR POST-OP GAIT ASSESSMENT**
(See abbreviations on back)       0275-01-U   FORM 1188-3440-0298   ITEM 55037

MHN: 202549085R Visit: 020185104 2188 DocType: 0023-01-U
Case 1:04-cv-00246-SJM-SPB    Document 66    Filed 01/10/2007    Page 12 of 12
UNIVERSITY OF PITTSBURGH MEDICAL CENTER

Page 3 of 3

**UPMC HEALTH SYSTEM**

☒ PUH ☐ SSH
☐ MUH ☐ BDX
☐ WPIC ☐ BVH
☐ OTHER _____

```
202 54 9085  PUH  G0819 01
IRWIN, CHRISTOPHER D
DR. TOWNSEND, RICARD N  GNS
020185104 2188  07/07/02
787 REGENT DRIVE
WASHINGTON  PA  15301  RUN M
724 225 9144  03/27/73  29Y
PRIVATE PAY
```

IRWIN, CHRISTOPHER
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

## OCCUPATIONAL THERAPY ASSESSMENT

☒ OT indicated: __OD__ x per day, __LOS__ days/week

☐ No further OT services indicated

☒ Rehab Potential:  ☐ excellent  ☒ good  ☐ fair  ☐ poor

**Treatment:**
☒ Independent Living/Daily Living Skills
☐ Fine Motor Coordination
☐ Orthotics/Splinting
☒ Patient/Family Education
☐ Muscle Re-education
☐ Neuro-Developmental Treatment
☒ Adaptive Equipment ___
☐ Cognitive Re-education
☐ Perceptual-Motor Training
☐ Sensory Treatment
☐ Environmental Modifications
☐ Other

**Long Term Goals:**  by __D/C__
☒ Improve level of function for following ADL:
  ☒ Feeding ___(I)___
  ☐ UE Dressing ___
  ☐ Toileting ___
  ☐ Sit to Stand Transfer __I__
  ☒ Toilet Transfers ___
  ☒ Grooming ___(I)___
  ☐ LE Dressing ___
  ☐ Bathing ___
  ☒ Bed/Chair Transfer __I__
  ☐ Tub Transfers ___
☐ Improve Safety Awareness ___
☐ Independence with home program ___

☐ Improve level of function for following IADL:
  ☐ Simple Meal Preparation Tasks ___
  ☐ Cleaning/Home Management ___
☒ Improve UE function: ___ %  ☐ PROM  ☐ AAROM  ☒ AROM  ___/5 Strength
☐ Provide adaptive equipment ___
☐ Recommend use of:  ☐ Tub seat/bench  ☐ Grab bars
                      ☐ Bedside commode  ☐ Elevated toilet seat
☒ Other __↑ Activity level__

**Comments:** Rec. D/C home if shoulder pain (-).
May require rehab pending further xray results.

**Short Term Goals:**  by _____  pt. will: __Please see LTG's__.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ Demonstrate | ☐ Max | ☐ Mod | ☐ Min | ☐ Supervision | ☐ Mod I | ☐ Independent | Balance |
| ☐ Demonstrate | ☐ Max | ☐ Mod | ☐ Min | ☐ Supervision | ☐ Mod I | ☐ Independent | Bed Mobility |
| ☐ Demonstrate | ☐ Max | ☐ Mod | ☐ Min | ☐ Supervision | ☐ Mod I | ☐ Independent | Feeding |
| ☐ Demonstrate | ☐ Max | ☐ Mod | ☐ Min | ☐ Supervision | ☐ Mod I | ☐ Independent | Grooming |
| ☐ Demonstrate | ☐ Max | ☐ Mod | ☐ Min | ☐ Supervision | ☐ Mod I | ☐ Independent | Bathing |
| ☐ Demonstrate | ☐ Max | ☐ Mod | ☐ Min | ☐ Supervision | ☐ Mod I | ☐ Independent | Dressing |
| ☐ Demonstrate | ☐ Max | ☐ Mod | ☐ Min | ☐ Supervision | ☐ Mod I | ☐ Independent | Toileting |
| ☐ Demonstrate | ☐ Max | ☐ Mod | ☐ Min | ☐ Supervision | ☐ Mod I | ☐ Independent | Sit/Stand Transfer |
| ☐ Demonstrate | ☐ Max | ☐ Mod | ☐ Min | ☐ Supervision | ☐ Mod I | ☐ Independent | Bed/Chair Transfer |
| ☐ Demonstrate | ☐ Max | ☐ Mod | ☐ Min | ☐ Supervision | ☐ Mod I | ☐ Independent | Toilet Transfer |
| ☐ Demonstrate | ☐ Max | ☐ Mod | ☐ Min | ☐ Supervision | ☐ Mod I | ☐ Independent | Tub Transfer |

☐ Demonstrate awareness of _____ through pt/family education
☐ Tolerate  ☐ 10 minutes  ☐ 15 minutes  ☐ 20 minutes  ☐ 30 minutes of therapeutic activity with ___ rest periods.
☐ Tolerate splint wear without adverse reaction per posted directions.
☐ _____
☐ _____

☒ Patient  ☐ Family were involved in the planning/goal process ( ☒ Yes  ☐ No )
**Comments:**

_____ OTR/L  DATE __7-8-02__
(See abbreviations on back)

WHITE – MEDICAL RECORDS COPY    CANARY – OT COPY
0023-01-U    FORM 2275-2960-0999    ITEM 05324