IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER IRWIN,            )<br>            Plaintiff,      )<br>                                          )<br>        v.                              )<br>                                          )<br>CHARTIERS TWP. POLICE DEPT.,  )<br>et al.,                                  )<br>            Defendants.   ) | C.A. No. 04-246 Erie |

### ORDER

On January 10, 2007, Plaintiff filed his fourth motion for appointment of counsel in this case [Document # 69]. Plaintiff's first three motions for appointment of counsel have previously been denied by this Court. No new argument has been raised by Plaintiff, nor have any new complexities arisen that would warrant the appointment of counsel in this case.

AND NOW, this 29th day of January, 2007.

IT IS HEREBY ORDERED that Plaintiff's motion for appointment of counsel [Document # 66] is DENIED.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge