**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTOPHER IRWIN,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>HEAD NURSE CHERYL McGAVITT,  )<br>et al.,  )<br>)<br>Defendants.  ) | Civil Action No. 04-246 Erie |

## ORDER OF JUDGMENT

AND NOW, this 12th day of April, 2007, for the reasons set forth in this Court's Memorandum Order filed this same day,

JUDGMENT is hereby entered in favor of Defendants Head Nurse Cheryl McGavitt, Nurse Esther Jane Doe, and Nurse Jill Jane Doe and against Plaintiff, Christopher Irwin.

                                                                     s/ <u>SEAN J. McLAUGHLIN</u>
                                                                       Sean J. McLaughlin
                                                                       United States District Judge

cc:    all parties of record
        U.S. Magistrate Judge Baxter